**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Pennsylvania__
(State)

Case number (if known) _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*
   
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    __Bonamour Health Group, LLC__

3. **Other names you know the debtor has used in the last 8 years**    __Bonamour Health Group__

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**
   
   ☒ Unknown
   
   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   **Principal place of business**
   
   __448 Old Clairton Road__
   Number    Street
   
   _____
   
   __Clairton__        __PA__    __15025__
   City              State    ZIP Code
   
   __Allegheny__
   County

   **Mailing address, if different**
   
   _____
   Number    Street
   
   _____
   P.O. Box
   
   _____
   City              State    ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   _____
   Number    Street
   
   _____
   
   _____
   City              State    ZIP Code

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor _____Bonamour Health Group, LLC_____  Case number (if known)_____
     Name

**6. Debtor's website** (URL) _____

**7. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- ☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- ☒ No
- ☐ Yes. Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                      MM / DD / YYYY

  Debtor _____ Relationship _____
  District _____ Date filed _____ Case number, if known _____
                      MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Bonamour Health Group, LLC                     Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| GLC On-The-Go, Inc. | Accounts Receivable | $ 217,680.99 |
| Shifster, LLC d/b/a Eshyft | Staffing Services | $580,400.83 ~~114,617.92~~ |
| Herrmann Associates, LLC | Goods & Services | $ 19,888.09 |
| Print-Tech Copy Service & Office Supply | Goods & Services | $ 29,000.00 |
| | Total of petitioners' claims | $ 846,969.91 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**                **Attorneys**

Name and mailing address of petitioner

GLC On-The-Go, Inc.
Name

55 Weston Road, Suite 300
Number  Street

Weston          Florida      33326
City            State        ZIP Code

Robert S. Bernstein
Printed name

Bernstein-Burkley, P.C.
Firm name, if any

601 Grant Street, 9th Floor
Number  Street

Pittsburgh        Pennsylvania   15219
City              State          ZIP Code

Name and mailing address of petitioner's representative, if any

Lorin Lone
Name

55 Weston Rd Suite 300
Number  Street

Weston       Fl      33326
City         State   ZIP Code

Contact phone  (412) 456-8101    Email  rbernstein@bernsteinlaw.com

Bar number    34308

State         Pennsylvania

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04 08 2024      President
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed  04/08/2024
             MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 3

Debtor  Bonamour Health Group, LLC                              Case number (if known) _____
        Name

### Name and mailing address of petitioner

Name: Shifster, LLC

Number/Street: 4547 Route 9 N, Suite Q

City: Howell   State: New Jersey   ZIP Code: 07731

### Name and mailing address of petitioner's representative, if any

Name: Eli/Elchanon Gelb

Number  Street

City            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04-09-2024
            MM / DD / YYYY

X _Eli Gelb_  Director of AR
Signature of petitioner or representative, including representative's title

Printed name: Brian K. Zollner

Firm name, if any: Hynum Law

Number Street: 2608 N. 3rd Street, P.O. Box 6620

City: Harrisburg   State: Pennsylvania   ZIP Code: 17110

Contact phone: (717) 774-1357   Email: bzollner@hynumco.com

Bar number: 59262

State: Pennsylvania

X _signature_
Signature of attorney

Date signed: 4/9/2024
             MM / DD / YYYY

---

### Name and mailing address of petitioner

Name: Herrmann Associates, Inc.

Number/Street: 1000 Noblestown Road

City: Pittsburgh   State: PA   ZIP Code: 15205

### Name and mailing address of petitioner's representative, if any

Name

Number  Street

City            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Ryan J. Cooney

Firm name, if any: The Cooney Law Offices

Number Street: Benedum Trees Building, 223 Fourth Avenue, Fourth Floor

City: Pittsburgh   State: PA   ZIP Code: 15222

Contact phone: 412-549-1234   Email: rcooney@cooneylawyers.com

Bar number: 319213

State: Pennsylvania

X _____
Signature of attorney

Date signed: _____
             MM / DD / YYYY

Debtor _____Bonamour Health Group, LLC_____   Case number (if known)_____
      Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | GLC On-The-Go, Inc. | Accounts Receivable | $ 217,680.99 |
| | Shifster, LLC d/b/a Eshyft | Staffing Services | $ 144,017.02 |
| | Hermann Associates, LLC | Goods & Services | $ 19,688.09 |
| | Print-Tech Copy Service & Office Supply | Goods & Services | $ 29,000.00 |
| | | Total of petitioners' claims | $ 281,157.00 |

handwritten: 510,410.83 + 842 / EL

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 5: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**   **Attorneys**

Name and mailing address of petitioner

GLC On-The-Go, Inc.
Name

55 Weston Road, Suite 300
Number  Street

Weston        Florida      33326
City          State        ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number  Street

_____
City        State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
    MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Robert S. Bernstein
Printed name

Bernstein-Burkley, P.C.
Firm name, if any

601 Grant Street, 9th Floor
Number  Street

Pittsburgh            Pennsylvania   15219
City                  State          ZIP Code

Contact phone (412) 456-8101   Email rbernstein@bernsteinlaw.com

Bar number   34308

State        Pennsylvania

X _____
Signature of attorney

Date signed _____
    MM / DD / YYYY

Official Form 205        Involuntary Petition Against a Non-Individual        page 3

Debtor    Bonamour Health Group, LLC
          Name

Case number (if known) _____

### Name and mailing address of petitioner

Name: Shifster, LLC

Number Street: 4547 Route 9 N, Suite Q

City: Howell    State: New Jersey    ZIP Code: 07731

### Name and mailing address of petitioner's representative, if any

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____  (MM/DD/YYYY)

✗ _____
Signature of petitioner or representative, including representative's title

Printed name: Brian K. Zettner

Firm name, if any: Hynum Law

Number Street: 2608 N. 3rd Street, P.O. Box 5620

City: Harrisburg   State: Pennsylvania   ZIP Code: 17110

Contact phone: (717) 774-1357   Email: bzellner@hynumpc.com

Bar number: 59262

State: Pennsylvania

✗ _____
Signature of attorney

Date signed ___/___/_____  (MM/DD/YYYY)

### Name and mailing address of petitioner

Name: Herrmann Associates, Inc.

Number Street: 1000 Noblestown Road

City: Pittsburgh   State: PA   ZIP Code: 15205

### Name and mailing address of petitioner's representative, if any

Name: DAVID HERRMANN

Number Street: 1000 Noblestown Road

City: Pittsburgh   State: PA   ZIP Code: 15205

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/09/2024 (MM/DD/YYYY)

✗ /s/ David J. Herrmann
Signature of petitioner or representative, including representative's title

Printed name: Ryan J. Cooney

Firm name, if any: The Cooney Law Offices

Number Street: Benedum Trees Building, 223 Fourth Avenue, Fourth Floor

City: Pittsburgh   State: PA   ZIP Code: 15222

Contact phone: 412-545-1234   Email: rcooney@cooneylawyers.com

Bar number: 319213

State: Pennsylvania

✗ /s/ Ryan J Cooney
Signature of attorney

Date signed 04/09/2024 (MM/DD/YYYY)

Official Form 205    Involuntary Petition Against a Non-Individual    page 4