**Fill in this information to identify the case:**

Debtor name _____Bonamour Health Group, LLC_____

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

                                                    (State)

Case number (If known): ____24-20865_____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals 　　　　　　　　　　　　12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B* .....................................................................    $_____0.00_

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..................................................................    $_____0.00_

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B* ...................................................................    $_____0.00_

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................    $_____0.00_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 6a of *Schedule E/F*..........................................    $_____0.00_

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................    **+**$_____0.00_

4. **Total liabilities**........................................................................................................................    $_____0.00_
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___Bonamour Health Group, LLC___

United States Bankruptcy Court for the: ___Western District of Pennsylvan___ia

Case number (If known): ___24-20865___

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CIBC | Checking | 2  1  1  9 | $ Unknown |
| 3.2. | | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $ |
| 4.2. | _____ | $ |

5. **Total of Part 1** — $ 0.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ |
| 7.2. | _____ | $ |

Debtor  Bonamour Health Group, LLC  Case number *(if known)* 24-20865
        Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____   $_____

8.2. _____   $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.   $_____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |

11. **Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ........➔   $_____
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ........➔   $_____
                              face amount              doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $_____

## Part 4:   Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. See Schedule A/B Part 4, Question 15 Attachment   _____%   _____   $ 0.00

15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.   $ 0.00

---

Debtor _____Bonamour Health Group, LLC_____    Case number (if known)__24-20865__
      Name

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____   Valuation method_____   Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor  Bonamour Health Group, LLC                          Case number (if known) 24-20865
        Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                          $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                          $_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Bonamour Health Group, LLC _____  Case number (if known)  24-20865
        Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Bonamour Health Group, LLC _____   Case number (*if known*) 24-20865 _____
       Name

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

---

Debtor _____Bonamour Health Group, LLC_____          Case number (if known)___24-20865___
            Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜   $_____
                              Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $_____
_____   Tax year _____   $_____
_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____                       $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                       $_____

Nature of claim       _____

Amount requested      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                       $_____

Nature of claim       _____

Amount requested      $_____

76. **Trusts, equitable or future interests in property**

_____                       $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                       $_____
_____                       $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Bonamour Health Group, LLC _____    Case number _(if known)_ 24-20865 _____
        Name

---

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $ 0.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $ 0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $ 0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $ 0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $ 0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $ 0.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ ...............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $ 0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 0.00 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................... | 0.00 | $ 0.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Bonamour Health Group, LLC |
| United States Bankruptcy Court for the: | Western District of Pennsylvania |
| Case number (If known): | 24-20865 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Last 4 digits of account number

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

**Fill in this information to identify the case:**

Debtor _____ Bonamour Health Group, LLC _____

United States Bankruptcy Court for the: ___ Western District of Pennsylvania ___

Case number ___ 24-20865 ___
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Basis for the claim:

Last 4 digits of account
number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor _____   Case number _(if known)_ ___24-20865___
        Bonamour Health Group, LLC
        Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |
|---|---|---|---|

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** | $_____ |

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Benshaoul Health Group, LLC | Case number (if known) | 24-20865 |
| --- | --- | --- | --- |
| | Name | | |

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
| --- | --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 0.00 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 0.00 |

**Fill in this information to identify the case:**

Debtor name  Bonamour Health Group, LLC

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known):  24-20865          Chapter  7

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name  Bonamour Health Group, LLC

United States Bankruptcy Court for the:  Western District of Pennsylvania

Case number (If known):  24-20865

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D ☐ E/F ☐ G |
| 2.2 | | | ☐ D ☐ E/F ☐ G |
| 2.3 | | | ☐ D ☐ E/F ☐ G |
| 2.4 | | | ☐ D ☐ E/F ☐ G |
| 2.5 | | | ☐ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

**Bonamour Health Group, LLC**
**Case No. 24-20865**
**Schedule A/B – Addendum 15.1**

1. Jefferson Hills Acquisition LLC (100% Membership Interest)
2. Beaver Healthcare Real Estate LLC (100% Membership Interest)
3. Mulberry Healthcare Real Estate LLC (100% Membership Interest)
4. Ridgeview Healthcare Real Estate LLC (100% Membership Interest)
5. Lakeview Healthcare Real Estate LLC (100% Membership Interest)
6. Scottdale Healthcare Real Estate LLC (100% Membership Interest)
7. Jefferson Hills Operating LLC (100% Membership Interest)
8. Beaver Healthcare Operating LLC (100% Membership Interest)
9. Mulberry Healthcare Operating LLC (100% Membership Interest)
10. Ridgeview Healthcare Operating (100% Membership Interest)
11. Lakeview Healthcare Operating (100% Membership Interest)
12. Scottdale Healthcare Operating (100% Membership Interest)

**Fill in this information to identify the case:**

Debtor name __Bonamour Health Group, LLC__

United States Bankruptcy Court for the: __Western District of Pennsylvania__

Case number (If known): __24-20865__

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ to _____ Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | ☐ Operating a business<br>☐ Other | $_____ |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From _____ to _____ Filing date<br>MM / DD / YYYY | _____ | $_____ |
| **For prior year:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** From _____ to _____<br>MM / DD / YYYY    MM / DD / YYYY | _____ | $_____ |

Debtor  Bonamour Health Group, LLC _____        Case number (*if known*) 24-20865
        Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/23 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See Schedule 3.1 attached hereto.** <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |
| 3.2. | <br> Creditor's name | | $_____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See Schedule 4.1 attached hereto.** <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $_____ | |
| 4.2. | <br> Insider's name <br><br> Relationship to debtor <br> _____ | _____ <br> _____ <br> _____ | $_____ | |

---

Debtor    Bonamour Health Group, LLC _____    Case number *(if known)* 24-20865
_____Name_____

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____<br>Creditor's name | | _____ | $_____ |
| 5.2. _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |
| | Last 4 digits of account number: XXXX– _____ | | |

---

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |
| 7.2. **Case title** | | **Court or agency's name and address** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>_____ | | | |

Debtor    Bonamour Health Group, LLC
_____    Case number (if known) 24-20865
Name    _____

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **See Schedule 8.1 attached hereto.**<br>Custodian's name | _____ | $_____ |
| | **Case title**<br>_____ | **Court name and address**<br>_____<br>Name |
| | **Case number**<br>_____ | |
| | **Date of order or assignment**<br>_____ | |

## Part 4:    Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |
| 9.2. _____<br>Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor**<br>_____ | | | |

## Part 5:    Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

Debtor    Bonamour Health Group, LLC _____    Case number *(if known)* 24-20865 _____
          Name

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor    Bonamour Health Group, LLC _____    Case number *(if known)* 24-20865
          Name

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

### Part 7:    Previous Locations

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____    To _____ |
| 14.2. | | From _____    To _____ |

| Debtor | Bonamour Health Group, LLC | Case number (if known) 24-20865 |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor     Bonamour Health Group, LLC
           _____          Case number (if known) 24-20865
           Name

---

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br><br>Address | | | ☐ No<br>☐ Yes |

---

| Debtor | Bonamour Health Group, LLC | Case number (*if known*) 24-20865 |
|---|---|---|
| | Name | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | _____ |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor    Bonamour Health Group, LLC
_____
Name

Case number (*if known*) 24-20865
_____

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.2. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |
| 25.3. | _____ Name | | EIN: _____ **Dates business existed** From _____ To _____ |

Debtor    Bonamour Health Group, LLC _____    Case number (*if known*) 24-20865
_____
Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26a.1. _____<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **See Schedule 26 attached hereto.**<br>Name | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Yeshayahu Zidele**<br>**4 Woodfield Road**<br>**Pomona NY 10970** | |

---

| Debtor | Bonamour Health Group, LLC | Case number *(if known)* 24-20865 |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2. _____
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
Name

| Name and address |
|---|

26d.2. _____
Name

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

| Debtor | Bonamour Health Group, LLC | Case number *(if known)* 24-20865 |
|---|---|---|
| | Name | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |
| Name and address of the person who has possession of inventory records | | |

27.2. _____
      Name

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mordecai (Michael) Zidele | 208 East Broadway #306 New York NY 10002 | Chief Financial Officer | 50% |
| Yeshayahu Zidele | 4 Woodfield Road Pomona NY 10970 | Chief Executive Officer | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **See Schedule A/B Part 4, Question 15 Attachment.** | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See Schedule 4.1 attached hereto.** | _____ | _____ | |
| Name | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | | |

| Debtor | Bonamour Health Group, LLC | Case number (*if known*) | 24-20865 |
|---|---|---|---|
| | Name | | |

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | | |
| | Name | | |

| | Relationship to debtor | |
|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _____ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _____ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     07/08/2024
                MM / DD / YYYY

✖ /s/  *Mordecai (Michael) Zidele*          Printed name  Mordecai (Michael) Zidele
Signature of individual signing on behalf of the debtor

Position or relationship to debtor     Chief Financial Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

**Bonamour Health Group, LLC**
**Case No. 24-20865**
**Statement of Financial Affairs**
**Schedule 3.1**

**The enclosed transfers consisted of transfers to or on behalf of entities wholly owned by Debtor.**



# Deposit Accounts Activity Summary

| | |
|---|---|
| **Report Created:** | 07/03/2024 12:35:26 PM (ET) |
| **Account:** | Bonamour Health Care Group LLC - Operat - Checking - ████████ - Accessible $1,084.95 |
| **Date range:** | 01/11/2024 to 04/11/2024 |
| **Transaction types:** | All transactions |
| **Detail option:** | Includes transaction detail |
| **Total by day:** | Includes totals by day within the selected date range |

## Bonamour Health Care Group LLC - Operat - Checking - ████████ - Accessible $1,084.95

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 04/11/2024 | TO ████ | | AUTO TRANSFER DEBIT  TRANSFER TO  DEPOSIT SYSTEM    ACCOUNT | $1,526.43 | | $1,085,028.45 |
| 04/11/2024 | 00000000009 | 00000000009 | CHECK PAID | $3,834.69 | | |
| 04/11/2024 | 020241020087700 | | OUTGOING WIRE TRANSFER  BNF DFJL LLC  OBI | $33,750.00 | | |
| 04/11/2024 | **Total Calculated Debits  (3 Items)** | | | **$39,111.12** | | |
| 04/11/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $2,523.12 | |
| 04/11/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $5,873.45 | |
| 04/11/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $3,340.65 | |
| 04/11/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $21,401.80 | |
| 04/11/2024 | **Total Calculated Credits  (4 Items)** | | | | **$33,139.02** | |
| 04/10/2024 | 00000000017 | 00000000017 | CHECK PAID | $174.25 | | $1,091,000.55 |
| 04/10/2024 | 00000000016 | 00000000016 | CHECK PAID | $300.50 | | |
| 04/10/2024 | 00000000018 | 00000000018 | CHECK PAID | $733.75 | | |
| 04/10/2024 | 00000000014 | 00000000014 | CHECK PAID | $1,309.00 | | |
| 04/10/2024 | 00000000019 | 00000000019 | CHECK PAID | $1,358.00 | | |
| 04/10/2024 | **Total Calculated Debits  (5 Items)** | | | **$3,875.50** | | |
| 04/10/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $25,351.72 | |
| 04/10/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT | | $60,365.41 | |

| Date | | | Description | Debit | Credit | Balance |
|------|---|---|-------------|-------|--------|---------|
| 04/10/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $64,938.80 | |
| 04/10/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $58,876.95 | |
| 04/10/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $23,555.65 | |
| 04/10/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $19,134.12 | |
| 04/10/2024 | Total Calculated Credits  (6 Items) | | | | $252,222.65 | |
| 04/09/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $6,217.00 | | $842,653.40 |
| 04/09/2024 | 021000020295798 | | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL    EZP REBILL       240409 | $25.00 | | |
| 04/09/2024 | 00000000020 | 0000000020 | CHECK PAID | $2,000.00 | | |
| 04/09/2024 | 00000000021 | 0000000021 | CHECK PAID | $9,034.65 | | |
| 04/09/2024 | 998000409091806 | | BOOK TRANSFER DEBIT  REF 1000918L FUNDS TRANSFER TO DEP 2596938 FROM | $3,500.00 | | |
| 04/09/2024 | 020241000422400 | | OUTGOING WIRE TRANSFER  BNF CAPOZZI ADLER, P.C. OBI MICHAEL FLANAGAN PAYMENT | $29,017.59 | | |
| 04/09/2024 | 020241000111300 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI #4161LAK | $103,948.86 | | |
| 04/09/2024 | 020241000112100 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI #4161MUL | $108,607.49 | | |
| 04/09/2024 | 020241000111800 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI #4161SCO | $124,835.56 | | |
| 04/09/2024 | Total Calculated Debits  (9 Items) | | | $387,186.15 | | |
| 04/09/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $72,296.31 | |
| 04/09/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT 0002569264 | | $51,921.35 | |
| 04/09/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $122,885.66 | |
| 04/09/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT | | $110,338.34 | |
| 04/09/2024 | FROM 0002510107 | | AUTO TRANSFER CREDIT  TRANSFER FROM ▮ DEPOSIT SYSTEM  ACCOUNT 0002510100 | | $58,875.93 | |
| 04/09/2024 | Total Calculated Credits  (5 Items) | | | | $416,317.59 | |
| 04/08/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $15,105.00 | | $813,521.96 |
| 04/08/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $11,513.65 | | |
| 04/08/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $495.88 | | |
| 04/08/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $20,913.13 | | |
| 04/08/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $11,210.11 | | |

| Date | Reference | Description | Debit | Credit |
|---|---|---|---|---|
| 04/08/2024 | 0202409905786 00 | OUTGOING WIRE TRANSFER  BNF GEMROCK AGENCY LLC OBI BONAMOUR APRIL PAYMENT | $46,290.00 | |
| 04/08/2024 | **Total Calculated Debits  (6 Items)** | | **$105,527.77** | |
| 04/08/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $27,391.04 |
| 04/08/2024 | **Total Calculated Credits  (1 Item)** | | | **$27,391.04** |
| 04/05/2024 | TO | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $458.00 | $891,658.69 |
| 04/05/2024 | 0914085901164 48 | PREAUTHORIZED ACH DEBIT  ADS TRANSFER      240405      13762704 | $4,261.65 | |
| 04/05/2024 | 0202409601597 00 | OUTGOING WIRE TRANSFER  BNF GEMROCK AGENCY LLC OBI | $134,462.25 | |
| 04/05/2024 | **Total Calculated Debits  (3 Items)** | | **$139,181.90** | |
| 04/05/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $54,599.65 |
| 04/05/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $54,587.02 |
| 04/05/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $43,282.35 |
| 04/05/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $42,637.06 |
| 04/05/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $12,790.51 |
| 04/05/2024 | **Total Calculated Credits  (5 Items)** | | | **$207,896.59** |
| 04/04/2024 | 0810000347252 50 | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD53719      240403 XEMT0440267673 | $1,440.00 | $822,944.00 |
| 04/04/2024 | 00000000013      00000000013 | CHECK PAID | $4,000.00 | |
| 04/04/2024 | 9980004040933 05 | BOOK TRANSFER DEBIT  REF 0950933L FUNDS TRANSFER TO DEP 2596938 FROM | $1,000.00 | |
| 04/04/2024 | 9980004040840 57 | BOOK TRANSFER DEBIT  REF 0950840L FUNDS TRANSFER TO DEP 2549638 FROM | $1,000.00 | |
| 04/04/2024 | **Total Calculated Debits  (4 Items)** | | **$7,440.00** | |
| 04/04/2024 | 0202409507383 00 | INCOMING WIRE TRANSFER  ORG ADS PROCESSING LLC OBI EMPEON | | $23,736.95 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $63.60 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $5,146.45 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $6,284.14 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $10,171.04 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $7,189.80 |
| 04/04/2024 | FROM | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $15,949.47 |

| Date | Ref 1 | Ref 2 | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 04/04/2024 | Total Calculated Credits (7 Items) | | | | $68,541.45 | |
| 04/03/2024 | 0914085975143 21 | | PREAUTHORIZED ACH DEBIT  ADS TRANSFER      240403          13762704 | $273.16 | | $761,842.55 |
| 04/03/2024 | 0910000130618 71 | | PREAUTHORIZED ACH DEBIT  M&M PROVIDER    PURCHASE      240403   BONAMOUR HEALTH | $600.00 | | |
| 04/03/2024 | 0810000314690 53 | | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD53658          240402   XEMT0440267673 | $1,458.00 | | |
| 04/03/2024 | 00000000010 | 00000000010 | CHECK PAID | $7,800.00 | | |
| 04/03/2024 | 0202409402518 00 | | OUTGOING WIRE TRANSFER  BNF MICHAEL F. FLANAGAN OBI REFERENCE: MICHAEL FLANAGAN  RECEIVER | $30,000.00 | | |
| 04/03/2024 | 0202409402559 00 | | OUTGOING WIRE TRANSFER  BNF DFJL LLC OBI REFERENCE: CPA SERVICES | $33,750.00 | | |
| 04/03/2024 | 0202409402528 00 | | OUTGOING WIRE TRANSFER  BNF EVEREST MANAGEMENT SOLUTIONS, LLC OBI REFERENCE: EVEREST  UP FRONT FEE 2 | $161,876.60 | | |
| 04/03/2024 | Total Calculated Debits (7 Items) | | | $235,757.76 | | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $30,111.50 | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $44,894.37 | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $90,323.05 | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $61,681.15 | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $23,385.00 | |
| 04/03/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $26,722.09 | |
| 04/03/2024 | Total Calculated Credits (6 Items) | | | | $277,117.16 | |
| 04/02/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $34,676.59 | | $720,483.15 |
| 04/02/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $702.50 | | |
| 04/02/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $7,593.89 | | |
| 04/02/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $890.65 | | |
| 04/02/2024 | 00000000012 | 00000000012 | CHECK PAID | $10,635.74 | | |
| 04/02/2024 | Total Calculated Debits (5 Items) | | | $54,499.37 | | |
| 04/02/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $30,803.57 | |
| 04/02/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM     DEPOSIT SYSTEM   ACCOUNT | | $15,254.00 | |
| 04/02/2024 | Total Calculated Credits (2 Items) | | | | $46,057.57 | |
| 04/01/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $6,211.95 | | $728,924.95 |

| Date | Reference | Description | Amount | Balance |
|---|---|---|---|---|
| 04/01/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,773.23 | |
| 04/01/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $5,982.88 | |
| 04/01/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,052.82 | |
| 04/01/2024 | 0210000285764 00 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL   EZ REBILL    240401 | $25.00 | |
| 04/01/2024 | 0210000212071 66 | PREAUTHORIZED ACH DEBIT  O & R UTILITIES   ORU            240401 03647540008 | $155.22 | |
| 04/01/2024 | 00000000011    00000000011 | CHECK PAID | $2,000.00 | |
| 04/01/2024 | **Total Calculated Debits  (7 Items)** | | **$21,201.10** | |
| 04/01/2024 | 0929016894498 06 | ACH CREDIT  CSM Rebate Dist  ACH PAYMTS      240401 | | $581.16 |
| 04/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $418.76 |
| 04/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $2,087.11 |
| 04/01/2024 | **Total Calculated Credits  (3 Items)** | | | **$3,087.03** |
| 03/29/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,929.57 | $747,039.02 |
| 03/29/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,601.02 | |
| 03/29/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,101.02 | |
| 03/29/2024 | 00000000008    00000000008 | CHECK PAID | $297.00 | |
| 03/29/2024 | **Total Calculated Debits  (4 Items)** | | **$9,928.61** | |
| 03/29/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $21,313.00 |
| 03/29/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $966.35 |
| 03/29/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $2,801.39 |
| 03/29/2024 | **Total Calculated Credits  (3 Items)** | | | **$25,080.74** |
| 03/28/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $365.19 | $731,886.89 |
| 03/28/2024 | 0202408804342 00 | OUTGOING WIRE TRANSFER  BNF OPTIMUMBANK OBI REFERENCE: 160002283/BONAMOUR  HEALTH | $104,646.68 | |
| 03/28/2024 | **Total Calculated Debits  (2 Items)** | | **$105,011.87** | |
| 03/28/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $664.57 |
| 03/28/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $5,599.85 |
| 03/28/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $603.25 |

| Date | Account | | Description | Amount | Balance |
|---|---|---|---|---|---|
| 03/28/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $41,715.98 |
| 03/28/2024 | **Total Calculated Credits  (4 Items)** | | | | $48,583.65 |
| 03/27/2024 | TO ▉▉ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▉▉ | $4,144.42 | $788,315.11 |
| 03/27/2024 | TO ▉▉ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▉▉ | $1,199.70 | |
| 03/27/2024 | 1040000173138 20 | | PREAUTHORIZED ACH DEBIT  SIP VOICE      SIPVOICE       240327 | $119.70 | |
| 03/27/2024 | 0311011144255 01 | | PREAUTHORIZED ACH DEBIT  MFSUSA LEASE PAY  BILL PAY       240327 | $582.20 | |
| 03/27/2024 | 0210000267706 83 | | PREAUTHORIZED ACH DEBIT  TRAVELERS PER INSUR      240327 | $910.50 | |
| 03/27/2024 | 00000000009 | 0000000009 | CHECK PAID | $11,572.50 | |
| 03/27/2024 | 0202408703757 00 | | OUTGOING WIRE TRANSFER  BNF MICHAEL F. FLANAGAN OBI REFERENCE: MICHAEL FLANAGAN RECEIV  ER | $30,000.00 | |
| 03/27/2024 | 0202408703740 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: BHG - 4164BHG | $48,000.00 | |
| 03/27/2024 | 0202408703862 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: LAKEVIEW 4161LAK | $97,643.55 | |
| 03/27/2024 | 0202408703799 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: MULBERRY  4161MUL | $102,307.76 | |
| 03/27/2024 | 0202408703847 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: SCOTTDALE - 4161SCO | $120,345.39 | |
| 03/27/2024 | 0202408703713 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: BEAVER - 4161BEA | $155,000.00 | |
| 03/27/2024 | 0202408703778 00 | | OUTGOING WIRE TRANSFER  BNF EVEREST MANAGEMENT SOLUTIONS, LLC OBI REFERENCE: EVEREST | $161,876.60 | |
| 03/27/2024 | 0202408703724 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: RIDGEVIEW 4161RID | $195,000.00 | |
| 03/27/2024 | **Total Calculated Debits  (14 Items)** | | | $928,702.32 | |
| 03/27/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $42,278.32 |
| 03/27/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $9,710.41 |
| 03/27/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $13,543.70 |
| 03/27/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $80,552.39 |
| 03/27/2024 | **Total Calculated Credits  (4 Items)** | | | | $146,084.82 |
| 03/26/2024 | 0210000131236 15 | | PREAUTHORIZED ACH DEBIT POINTCLICKCARE T  ACH PAYMT 240326        ACH1284 | $16,397.26 | $1,570,932.61 |
| 03/26/2024 | **Total Calculated Debits  (1 Item)** | | | $16,397.26 | |
| 03/26/2024 | FROM ▉▉ | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▉▉ | | $25,581.00 |

| 03/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $31,714.79 | |
| 03/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $69,121.38 | |
| 03/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $66,395.00 | |
| 03/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $51,276.66 | |
| 03/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $24,392.00 | |
| 03/26/2024 | Total Calculated Credits  (6 Items) | | | $268,480.83 | |
| 03/25/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | $2,200.24 | | $1,318,849.04 |
| 03/25/2024 | 0210000242663 11 | PREAUTHORIZED ACH DEBIT  OPTIMUM 7873    CABLE PMNT    240325 | $127.09 | | |
| 03/25/2024 | Total Calculated Debits  (2 Items) | | $2,327.33 | | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $21,752.90 | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $44,471.50 | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $181,816.18 | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $66,699.03 | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $2,799.66 | |
| 03/25/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $18,337.81 | |
| 03/25/2024 | Total Calculated Credits  (6 Items) | | | $335,877.08 | |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $47,791.59 | $985,299.29 |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $32,210.45 | |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $101,185.53 | |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $110,598.03 | |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $163,442.73 | |
| 03/22/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮▮ DEPOSIT SYSTEM  ACCOUNT | | $46,250.21 | |
| 03/22/2024 | Total Calculated Credits  (6 Items) | | | $501,478.54 | |
| 03/21/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT ▮▮▮▮ | $2,008.65 | | $483,820.75 |
| 03/21/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT ▮▮▮▮ | $77.50 | | |

| | | | | |
|---|---|---|---|---|
| 03/21/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,964.90 | |
| 03/21/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $932.50 | |
| 03/21/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,233.03 | |
| 03/21/2024 | TO | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $1,071.34 | |
| 03/21/2024 | 1190003210948 00 | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT ACCOUNT  00002625288 | $135.39 | |
| 03/21/2024 | **Total Calculated Debits  (7 Items)** | | | **$9,423.31** | |
| 03/21/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $81.49 |
| 03/21/2024 | **Total Calculated Credits  (1 Item)** | | | | **$81.49** |
| 03/20/2024 | 0202408005699 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE:  BHG - 4164BHG | $43,902.91 | $493,162.57 |
| 03/20/2024 | 0202408005651 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: BEAVER - 4161BEA | $141,875.40 | |
| 03/20/2024 | 0202408005661 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI REFERENCE: RIDGEVIEW 4161RID | $182,856.40 | |
| 03/20/2024 | 1190003201033 42 | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT ACCOUNT | $214.50 | |
| 03/20/2024 | 1190003201029 40 | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT ACCOUNT | $1,422.37 | |
| 03/20/2024 | 1190003201028 15 | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT ACCOUNT | $1,625.28 | |
| 03/20/2024 | 1190003201031 36 | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT ACCOUNT | $1,706.92 | |
| 03/20/2024 | 00000000007 | 00000000007 | CHECK PAID  796,031924079,800 | $8,202.33 | |
| 03/20/2024 | 00000000000 | 00000000000 | ACCOUNT ANALYSIS FEE  796,031924079, 258,,ANALYSIS ACTIVITY           FOR 0 2/24 | $982.99 | |
| 03/20/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031924079,273, TRANSFER TO     DEPOSIT ACCOUNT | $435.45 | |
| 03/20/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031924079,273, TRANSFER TO     DEPOSIT ACCOUNT | $475.00 | |
| 03/20/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031924079,273, TRANSFER TO     DEPOSIT ACCOUNT | $1,822.96 | |
| 03/20/2024 | **Total Calculated Debits  (12 Items)** | | | **$385,522.51** | |
| 03/20/2024 | 1190003201151 01 | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT ACCOUNT | | $100,000.00 |
| 03/20/2024 | 1190003201149 35 | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT ACCOUNT | | $50,000.00 |
| 03/20/2024 | 1190003201148 02 | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT ACCOUNT | | $75,000.00 |
| 03/20/2024 | 1190003201146 43 | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT ACCOUNT | | $150,000.00 |
| 03/20/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $54,893.44 |

| 03/20/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT ████ | | $54,290.06 | |
| 03/20/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT ████ | | $71,930.07 | |
| 03/20/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT ████ | | $141,239.14 | |
| 03/20/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT ████ | | $98,591.93 | |
| 03/20/2024 | FROM ████ | | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM    ACCOUNT ████ | | $43,050.92 | |
| 03/20/2024 | Total Calculated Credits  (10 Items) | | | | $838,995.56 | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164367 | $649.68 | | $39,689.52 |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74163997 | $715.20 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164129 | $1,611.04 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164109 | $1,667.34 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74163975 | $2,146.22 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164146 | $2,213.90 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164480 | $2,571.42 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164446 | $2,571.42 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164507 | $2,748.72 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164257 | $2,770.10 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164535 | $5,064.16 | | |
| 03/19/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT  796, 031824078,941,,AFLAC COLUMBUS ACHPMT        240318        74164510 | $5,172.40 | | |
| 03/19/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031824078,273, TRANSFER TO      DEPOSIT ACCOUNT | $452.13 | | |
| 03/18/2024 | Total Calculated Debits  (13 Items) | | | $30,353.73 | | |
| 03/18/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031524075,273, TRANSFER TO ████ DEPOSIT ACCOUNT | $75.00 | | $70,043.25 |
| 03/18/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031524075,273, TRANSFER TO ████ DEPOSIT ACCOUNT | $1,617.48 | | |
| 03/18/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031524075,273, TRANSFER TO ████ DEPOSIT ACCOUNT | $1,825.58 | | |

| 03/18/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031524075,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $1,888.17 | |
| 03/18/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031524075,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $6,283.74 | |
| 03/15/2024 | Total Calculated Debits  (5 Items) | | | $11,689.97 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  920,031424074,283, ,TRANSFER TO ▬▬▬ DEPOSIT SYSTEM ACCOUN T | $941.50 | $81,733.22 |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  920,031424074,283, ,TRANSFER TO ▬▬▬ DEPOSIT SYSTEM ACCOUN T | $1,712.50 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  920,031424074,283, ,TRANSFER TO ▬▬▬ DEPOSIT SYSTEM ACCOUN T | $80.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  920,031424074,283, ,TRANSFER TO ▬▬▬ DEPOSIT SYSTEM ACCOUN T | $1,391.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  920,031424074,283, ,TRANSFER TO ▬▬▬ DEPOSIT SYSTEM ACCOUN T | $373.02 | |
| 03/15/2024 | 00000000000 | 00000000000 | OUTGOING WIRE TRANSFER  796, 031424074,835,,BNF ADS PROCESSING LLC OBI REFERENCE:  MUL BERRY  4161MUL | $152,557.75 | |
| 03/15/2024 | 00000000000 | 00000000000 | OUTGOING WIRE TRANSFER  796, 031424074,835,,BNF ADS PROCESSING LLC OBI REFERENCE: LAKE VIEW 4161LAK | $154,142.03 | |
| 03/15/2024 | 00000000000 | 00000000000 | OUTGOING WIRE TRANSFER  796, 031424074,835,,BNF ADS PROCESSING LLC OBI REFERENCE:  SCO TTDALE - 4161SCO | $192,795.78 | |
| 03/15/2024 | 00000000000 | 00000000000 | OUTGOING WIRE TRANSFER  796, 031424074,835,,BNF ADS PROCESSING LLC OBI REFERENCE: JEFF ERSON 4161JHH | $321,336.55 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $42.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $42.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $42.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $42.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $72.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $201.00 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $908.60 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $2,311.24 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $2,385.33 | |
| 03/15/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031424074,273, ,TRANSFER TO ▬▬▬ DEPOSIT ACCOUNT | $7,944.97 | |
| 03/14/2024 | Total Calculated Debits  (19 Items) | | | $839,321.27 | |

| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $1,719.77 | $921,054.49 |
| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $1,984.60 | |
| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $6,774.13 | |
| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $18,021.01 | |
| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $19,651.27 | |
| 03/14/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031324073,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $29,310.56 | |
| 03/13/2024 | Total Calculated Debits  (6 Items) | | | $77,461.34 | |
| 03/13/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031224072,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $497.12 | $998,515.83 |
| 03/13/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031224072,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $2,049.37 | |
| 03/13/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031224072,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $4,132.44 | |
| 03/13/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031224072,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $5,230.00 | |
| 03/13/2024 | 00000000000 | 00000000000 | AUTO TRANSFER DEBIT  796,031224072,273, TRANSFER TO ▮▮▮ DEPOSIT ACCOUNT | $10,575.24 | |
| 03/13/2024 | Total Calculated Debits  (5 Items) | | | $22,484.17 | |
| 03/13/2024 | 0202407304110 00 | | INCOMING WIRE TRANSFER  ORG BRAVO BRIDGE FUND LLC OBI | $885,000.00 | |
| 03/13/2024 | Total Calculated Credits  (1 Item) | | | $885,000.00 | |
| 03/11/2024 | 00000000000 | 00000000000 | OUTGOING WIRE TRANSFER  796, 030824068,886,,BNF SCHNEIDERS DAIRY OBI | $2,000.00 | $136,000.00 |
| 03/08/2024 | Total Calculated Debits  (1 Item) | | | $2,000.00 | |
| 03/08/2024 | 9980003081214 14 | | BOOK TRANSFER CREDIT  REF 0681214L FUNDS TRANSFER FRMDEP 2625288 FROM | $102,000.00 | $138,000.00 |
| 03/08/2024 | 9980003080833 07 | | BOOK TRANSFER CREDIT  REF 0680833L FUNDS TRANSFER FRMDEP 2529203 FROM | $36,000.00 | |
| 03/08/2024 | Total Calculated Credits  (2 Items) | | | $138,000.00 | |
| 03/07/2024 | TO ▮▮▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $118,237.40 | $0.00 |
| 03/07/2024 | TO ▮▮▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $178,716.69 | |
| 03/07/2024 | TO ▮▮▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $3,199.00 | |
| 03/07/2024 | 9980003070451 02 | | BOOK TRANSFER DEBIT  REF 0670451L FUNDS TRANSFER TO DEP 2596938 FROM | $3,400.00 | |
| 03/07/2024 | 0202406701511 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI 4161BHG | $59,538.60 | |

| Date | | Description | | | |
|------|---|---|---|---|---|
| 03/07/2024 | 998000307093325 | BOOK TRANSFER DEBIT  REF 0670933L FUNDS TRANSFER TO DEP 2625288 FROM  . | $138,000.00 | | |
| 03/07/2024 | Total Calculated Debits  (6 Items) | | $501,091.69 | | |
| 03/07/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $20,187.44 | |
| 03/07/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $55,455.18 | |
| 03/07/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $23,000.00 | |
| 03/07/2024 | Total Calculated Credits  (3 Items) | | | $98,642.62 | |
| 03/06/2024 | TO ▆▆▆ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | $1,617.48 | | $402,449.07 |
| 03/06/2024 | 081000032183363 | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD52727      240305 XEMT0440267673 | $1,440.00 | | |
| 03/06/2024 | 998000306053531 | BOOK TRANSFER DEBIT  REF 0660535L FUNDS TRANSFER TO DEP 2596938 FROM | $3,100.00 | | |
| 03/06/2024 | Total Calculated Debits  (3 Items) | | $6,157.48 | | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $29,271.46 | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $50,406.93 | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $73,459.99 | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $67,781.88 | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $12,154.90 | |
| 03/06/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $51,692.52 | |
| 03/06/2024 | Total Calculated Credits  (6 Items) | | | $284,767.68 | |
| 03/05/2024 | TO ▆▆▆ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | $5,057.92 | | $123,838.87 |
| 03/05/2024 | 091000013178102 | PREAUTHORIZED ACH DEBIT M&M PROVIDER    PURCHASE      240305 BONAMOUR HEALTH | $600.00 | | |
| 03/05/2024 | 000943370000040 | PREAUTHORIZED ACH DEBIT  BONAMOUR HEALTH   WASTE WANT      240305 | $8,057.11 | | |
| 03/05/2024 | 020240650365200 | OUTGOING WIRE TRANSFER  BNF PAUL ORMOD OBI | $10,500.00 | | |
| 03/05/2024 | Total Calculated Debits  (4 Items) | | $24,215.03 | | |
| 03/05/2024 | 998000305051727 | BOOK TRANSFER CREDIT  REF 0650517L FUNDS TRANSFER FRMDEP 2603926 FROM | | $3,437.00 | |
| 03/05/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $28,864.23 | |
| 03/05/2024 | FROM ▆▆▆ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT ▆▆▆ | | $9,926.08 | |

| Date | Account | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/05/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $50,692.31 | |
| 03/05/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $12,385.70 | |
| 03/05/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $4,518.45 | |
| 03/05/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $9,385.90 | |
| 03/05/2024 | Total Calculated Credits  (7 Items) | | | $119,209.67 | |
| 03/04/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $1,238.98 | | $28,844.23 |
| 03/04/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $3,573.88 | | |
| 03/04/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $972.16 | | |
| 03/04/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $4,394.89 | | |
| 03/04/2024 | 000938360000012 | PREAUTHORIZED ACH DEBIT  BONAMOUR HEALTH  AHARON GRE      240304 | $3,750.00 | | |
| 03/04/2024 | 998000304050650 | BOOK TRANSFER DEBIT  REF 0640506L FUNDS TRANSFER TO DEP 2567016 FROM | $200.00 | | |
| 03/04/2024 | 998000304050722 | BOOK TRANSFER DEBIT  REF 0640507L FUNDS TRANSFER TO DEP 2596938 FROM | $1,100.00 | | |
| 03/04/2024 | 020240640171800 | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI | $2,000.00 | | |
| 03/04/2024 | '020240640171700 | OUTGOING WIRE TRANSFER  BNF ADVANTAGE EQUITIES LLC OBI | $3,500.00 | | |
| 03/04/2024 | 020240640094300 | OUTGOING WIRE TRANSFER  BNF MORDECAI ZIDELE OBI | $13,000.00 | | |
| 03/04/2024 | Total Calculated Debits  (10 Items) | | $33,729.91 | | |
| 03/04/2024 | 000000304113157 | RETURN ITEM  ACH DISPUTE      FINAL CREDIT | | $8,057.11 | |
| 03/04/2024 | 998000303093036 | BOOK TRANSFER CREDIT  REF 0630930L FUNDS TRANSFER FRMDEP 2596938 FROM | | $3,600.00 | |
| 03/04/2024 | 998000303092959 | BOOK TRANSFER CREDIT  REF 0630929L FUNDS TRANSFER FRMDEP 2560402 FROM | | $1,639.00 | |
| 03/04/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $268.68 | |
| 03/04/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $332.07 | |
| 03/04/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $20,032.28 | |
| 03/04/2024 | Total Calculated Credits  (6 Items) | | | $33,929.14 | |
| 03/01/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $175,280.56 | | $28,645.00 |
| 03/01/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $1,132.10 | | |

| 03/01/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $1,318.00 | |
| 03/01/2024 | 0210000262320 95 | PREAUTHORIZED ACH DEBIT  O & R UTILITIES  ORU        240301 ▮▮▮ | $118.64 | |
| 03/01/2024 | 0210000272022 21 | PREAUTHORIZED ACH DEBIT  WASTE WANTED SOL  ACH Debit     240301 9020119079 | $8,057.11 | |
| 03/01/2024 | 0202406109368 00 | OUTGOING WIRE TRANSFER  BNF BENJAMIN RUGGLES OBI | $1,000.00 | |
| 03/01/2024 | **Total Calculated Debits  (6 Items)** | | **$186,906.41** | |
| 03/01/2024 | 0202406106716 00 | INCOMING WIRE TRANSFER  ORG MORDECAI ZIDELE OBI | | $13,000.00 |
| 03/01/2024 | 9980003011431 57 | BOOK TRANSFER CREDIT  REF 0611431L FUNDS TRANSFER FRMDEP 2596938 FROM | | $91.00 |
| 03/01/2024 | 9980003011431 26 | BOOK TRANSFER CREDIT  REF 0611431L FUNDS TRANSFER FRMDEP 2603926 FROM | | $17.00 |
| 03/01/2024 | 9980003011430 15 | BOOK TRANSFER CREDIT  REF 0611430L FUNDS TRANSFER FRMDEP 2560402 FROM | | $45.00 |
| 03/01/2024 | 9980003011429 47 | BOOK TRANSFER CREDIT  REF 0611429L FUNDS TRANSFER FRMDEP 2567016 FROM | | $29.00 |
| 03/01/2024 | 9980003011105 30 | BOOK TRANSFER CREDIT  REF 0611105L FUNDS TRANSFER FRMDEP 2516853 FROM | | $1,000.00 |
| 03/01/2024 | 9980003011105 02 | BOOK TRANSFER CREDIT  REF 0611105L FUNDS TRANSFER FRMDEP 2596938 FROM | | $1,000.00 |
| 03/01/2024 | 9980003011104 33 | BOOK TRANSFER CREDIT  REF 0611104L FUNDS TRANSFER FRMDEP 2549638 FROM | | $1,000.00 |
| 03/01/2024 | 9980003011104 10 | BOOK TRANSFER CREDIT  REF 0611104L FUNDS TRANSFER FRMDEP 2603926 FROM | | $1,000.00 |
| 03/01/2024 | 9980003011103 49 | BOOK TRANSFER CREDIT  REF 0611103L FUNDS TRANSFER FRMDEP 2560402 FROM | | $1,000.00 |
| 03/01/2024 | 9980003011103 25 | BOOK TRANSFER CREDIT  REF 0611103L FUNDS TRANSFER FRMDEP 2567016 FROM | | $1,000.00 |
| 03/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | | $728.00 |
| 03/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | | $24,659.25 |
| 03/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | | $6,232.57 |
| 03/01/2024 | **Total Calculated Credits  (14 Items)** | | | **$50,801.82** |
| 02/29/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $507.24 | $164,749.59 |
| 02/29/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮ | $2,000.00 | |
| 02/29/2024 | 0210000216803 60 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL   EZP REBILL      240229 | $25.00 | |
| 02/29/2024 | **Total Calculated Debits  (3 Items)** | | **$2,532.24** | |
| 02/29/2024 | 0202406009812 00 | INCOMING WIRE TRANSFER  ORG BONAMOUR HEALTH GROUP LLC OBI | | $75,000.00 |

| 02/29/2024 | 9980002290504 49 | | BOOK TRANSFER CREDIT REF 0600504L FUNDS TRANSFER FRMDEP 2596938 FROM | | $1,000.00 | |
| 02/29/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $62,007.18 | |
| 02/29/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $834.39 | |
| 02/29/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $3,475.43 | |
| 02/29/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $3,520.80 | |
| 02/29/2024 | **Total Calculated Credits (6 Items)** | | | | **$145,837.80** | |
| 02/28/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $510.14 | | $21,444.03 |
| 02/28/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $77,166.01 | | |
| 02/28/2024 | **Total Calculated Debits (2 Items)** | | | **$77,676.15** | | |
| 02/28/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $12,983.17 | |
| 02/28/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $27,883.81 | |
| 02/28/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $6,546.29 | |
| 02/28/2024 | FROM ███████ | | AUTO TRANSFER CREDIT TRANSFER FROM DEPOSIT SYSTEM ACCOUNT | | $3,344.14 | |
| 02/28/2024 | **Total Calculated Credits (4 Items)** | | | | **$50,757.41** | |
| 02/27/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $608.91 | | $48,362.77 |
| 02/27/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $9,313.94 | | |
| 02/27/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $1,041.72 | | |
| 02/27/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $722.75 | | |
| 02/27/2024 | TO ███████ | | AUTO TRANSFER DEBIT TRANSFER TO DEPOSIT SYSTEM ACCOUNT | $14,167.85 | | |
| 02/27/2024 | 0210000205905 15 | | PREAUTHORIZED ACH DEBIT E-ZPASS REBILL EZP REBILL 240227 | $25.00 | | |
| 02/27/2024 | 1040000181477 93 | | PREAUTHORIZED ACH DEBIT SIP VOICE SIPVOICE 240227 | $119.70 | | |
| 02/27/2024 | 00000000005 | 00000000005 | CHECK PAID | $205.44 | | |
| 02/27/2024 | 0311011171413 75 | | PREAUTHORIZED ACH DEBIT MFSUSA LEASE PAY BILL PAY 240227 | $582.20 | | |
| 02/27/2024 | 00000000000 | 00000000000 | PREAUTHORIZED ACH DEBIT 796, 022624057,941, POINTCLICKCARE T ACH PAYMT 240226 ACH1284 | $15,707.56 | | |
| 02/27/2024 | **Total Calculated Debits (10 Items)** | | | **$42,495.07** | | |

| Date | Reference | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 02/27/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $47,743.42 | |
| 02/27/2024 | Total Calculated Credits  (1 Item) | | | $47,743.42 | |
| 02/26/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $98,460.21 | | $43,114.42 |
| 02/26/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $1,477.21 | | |
| 02/26/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $446.34 | | |
| 02/26/2024 | Total Calculated Debits  (3 Items) | | $100,383.76 | | |
| 02/26/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $20,816.88 | |
| 02/26/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $387.07 | |
| 02/26/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $4,390.65 | |
| 02/26/2024 | Total Calculated Credits  (3 Items) | | | $25,594.60 | |
| 02/23/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $8,302.88 | | $117,903.58 |
| 02/23/2024 | 021000023912145 | PREAUTHORIZED ACH DEBIT  OPTIMUM 7873    CABLE PMNT    240223 | $127.09 | | |
| 02/23/2024 | 998000223054105 | BOOK TRANSFER DEBIT  REF 0540541L FUNDS TRANSFER TO DEP 2625288 FROM | $170.00 | | |
| 02/23/2024 | 998000223053932 | BOOK TRANSFER DEBIT  REF 0540539L FUNDS TRANSFER TO DEP 2567016 FROM | $800.00 | | |
| 02/23/2024 | 998000223053959 | BOOK TRANSFER DEBIT  REF 0540539L FUNDS TRANSFER TO DEP 2560402 FROM | $1,000.00 | | |
| 02/23/2024 | 020240540186500 | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI | $2,000.00 | | |
| 02/23/2024 | Total Calculated Debits  (6 Items) | | $12,399.97 | | |
| 02/23/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $7,259.04 | |
| 02/23/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $12,858.87 | |
| 02/23/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $62,886.93 | |
| 02/23/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $17,986.93 | |
| 02/23/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $2,799.78 | |
| 02/23/2024 | Total Calculated Credits  (5 Items) | | | $103,791.55 | |
| 02/22/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $98,722.86 | | $26,512.00 |
| 02/22/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $4,547.71 | | |

| Date | Ref | Description | Debit | Credit |
|---|---|---|---|---|
| 02/22/2024 | TO █████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ████ | $2,000.00 | |
| 02/22/2024 | TO █████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ████ | $1,674.02 | |
| 02/22/2024 | 020240530211200 | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI | $48,080.87 | |
| 02/22/2024 | Total Calculated Debits  (5 Items) | | $155,025.46 | |
| 02/22/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $16,063.98 |
| 02/22/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $8,959.19 |
| 02/22/2024 | Total Calculated Credits  (2 Items) | | | $25,023.17 |
| 02/21/2024 | TO █████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ████ | $45,063.10 | $156,514.29 |
| 02/21/2024 | TO █████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ████ | $2,332.03 | |
| 02/21/2024 | TO █████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ████ | $2,236.27 | |
| 02/21/2024 | 081000033021046 | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD52231      240220  XEMT0440267673 | $1,440.00 | |
| 02/21/2024 | 021000029690647 | PREAUTHORIZED ACH DEBIT  AMTRUST NA PAYMENT       240221       37477157 | $53,659.00 | |
| 02/21/2024 | 000000000000000 | ACCOUNT ANALYSIS FEE  ANALYSIS ACTIVITY              FOR 01/24 | $894.26 | |
| 02/21/2024 | Total Calculated Debits  (6 Items) | | $105,624.66 | |
| 02/21/2024 | FROM 0002629321 | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $5,824.07 |
| 02/21/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $9,401.65 |
| 02/21/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $7,315.80 |
| 02/21/2024 | Total Calculated Credits  (3 Items) | | | $22,541.52 |
| 02/20/2024 | 00000000002      00000000002 | CHECK PAID | $50.00 | $239,597.43 |
| 02/20/2024 | 104000019031529 | PREAUTHORIZED ACH DEBIT  RELIAS LLC RELIAS LLC         240220 | $18,154.31 | |
| 02/20/2024 | Total Calculated Debits  (2 Items) | | $18,204.31 | |
| 02/20/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $38,886.73 |
| 02/20/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $8,106.29 |
| 02/20/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $367.12 |
| 02/20/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $28,414.08 |
| 02/20/2024 | FROM █████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ████ | | $5,913.65 |

| Date | Reference | | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|---|
| 02/20/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $43,488.49 | |
| 02/20/2024 | ,Total Calculated Credits  (6 Items) | | | | $125,176.36 | |
| 02/16/2024 | 0420000180053 74 | | PREAUTHORIZED ACH DEBIT CARDMEMBER SERV   WEB PYMT 240216 | $287.00 | | $132,625.38 |
| 02/16/2024 | 1211403905907 38 | | PREAUTHORIZED ACH DEBIT  QuickFee-Rifkin  RifkinandC    240216 804195554 | $2,125.50 | | |
| 02/16/2024 | 0202404705256 00 | | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI | $2,000.00 | | |
| 02/16/2024 | 0202404702056 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI | $80,000.00 | | |
| 02/16/2024 | Total Calculated Debits  (4 Items) | | | $84,412.50 | | |
| 02/16/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $22,071.69 | |
| 02/16/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $134,327.06 | |
| 02/16/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $19,533.04 | |
| 02/16/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $15,131.17 | |
| 02/16/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $6,905.27 | |
| 02/16/2024 | Total Calculated Credits  (5 Items) | | | | $197,968.23 | |
| 02/15/2024 | TO ▮ | | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $7,672.63 | | $19,069.65 |
| 02/15/2024 | 00000000004 | 00000000004 | CHECK PAID | $609.39 | | |
| 02/15/2024 | 0202404603644 00 | | OUTGOING WIRE TRANSFER  BNF APEX GLOBAL SOLUTIONS LLC OBI PAYMENT PLAN | $2,000.00 | | |
| 02/15/2024 | 0202404607792 00 | | OUTGOING WIRE TRANSFER  BNF BENJAMIN RUGGLES OBI FEB REIMBURSEMENT | $5,238.37 | | |
| 02/15/2024 | 0202404602265 00 | | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI | $139,746.32 | | |
| 02/15/2024 | Total Calculated Debits  (5 Items) | | | $155,266.71 | | |
| 02/15/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $4,181.87 | |
| 02/15/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $78,890.88 | |
| 02/15/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $18,326.29 | |
| 02/15/2024 | FROM | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $53,006.63 | |
| 02/15/2024 | FROM ▮ | | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $19,930.69 | |
| 02/15/2024 | Total Calculated Credits  (5 Items) | | | | $174,336.36 | |
| 02/14/2024 | 0910000126486 04 | | PREAUTHORIZED ACH DEBIT  Pax8 Inc Pax8 Inc    240214     ST-F9G5J9U7A7E0 | $5,417.68 | | $0.00 |

| Date | Reference | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 02/14/2024 | 020240450211800 | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI | $100,000.00 | | |
| 02/14/2024 | **Total Calculated Debits  (2 Items)** | | $105,417.68 | | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $330.08 | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $38,082.15 | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $9,656.64 | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $5,289.82 | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $10,611.02 | |
| 02/14/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $5,247.82 | |
| 02/14/2024 | **Total Calculated Credits  (6 Items)** | | | $69,217.53 | |
| 02/13/2024 | 998000213053155 | BOOK TRANSFER DEBIT  REF 0440531L FUNDS TRANSFER TO DEP 2603926 FROM | $700.00 | | $36,200.15 |
| 02/13/2024 | 020240440550100 | OUTGOING WIRE TRANSFER  BNF BONAMOUR HEALTH GROUP, LLC OBI | $1,000.00 | | |
| 02/13/2024 | 998000213053242 | BOOK TRANSFER DEBIT  REF 0440532L FUNDS TRANSFER TO DEP 2596938 FROM | $1,000.00 | | |
| 02/13/2024 | 998000213053216 | BOOK TRANSFER DEBIT  REF 0440532L FUNDS TRANSFER TO DEP 2549638 FROM | $1,000.00 | | |
| 02/13/2024 | 998000213053134 | BOOK TRANSFER DEBIT  REF 0440531L FUNDS TRANSFER TO DEP 2560402 FROM | $1,000.00 | | |
| 02/13/2024 | 020240440516100 | OUTGOING WIRE TRANSFER  BNF CP CORRIDOR AHC, LLC OBI FOR JEFFERSON & LAKEVIEW | $12,000.00 | | |
| 02/13/2024 | 020240440249600 | OUTGOING WIRE TRANSFER  BNF ADS PROCESSING LLC OBI | $400,000.00 | | |
| 02/13/2024 | **Total Calculated Debits  (7 Items)** | | $416,700.00 | | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $45,250.81 | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $21,200.82 | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $13,745.23 | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $40,487.73 | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $116,804.24 | |
| 02/13/2024 | FROM ▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ▮ | | $50,122.27 | |
| 02/13/2024 | **Total Calculated Credits  (6 Items)** | | | $287,611.10 | |
| 02/12/2024 | TO ▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮ | $18,398.55 | | $165,289.05 |

| 02/12/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $7,039.83 | |
| 02/12/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO ▬TEM   ACCOUNT | $1,434.23 | |
| 02/12/2024 | Total Calculated Debits  (3 Items) | | $26,872.61 | |
| 02/12/2024 | 0202404301858 00 | INCOMING WIRE TRANSFER  ORG BONAMOUR HEALTH GROUP LLC OBI | | $32,327.56 |
| 02/12/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $6,499.18 |
| 02/12/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $14,200.00 |
| 02/12/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $2,353.37 |
| 02/12/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $107,229.55 |
| 02/12/2024 | Total Calculated Credits  (5 Items) | | | $162,609.66 |
| 02/09/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $154,815.69 | $29,552.00 |
| 02/09/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $66,326.88 | |
| 02/09/2024 | 0810000317755 04 | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD51889      240208  XEMT0440267673 | $1,458.00 | |
| 02/09/2024 | 00000000003      00000000003 | CHECK PAID | $2,000.00 | |
| 02/09/2024 | Total Calculated Debits  (4 Items) | | $224,600.57 | |
| 02/09/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $200.00 |
| 02/09/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $17,763.63 |
| 02/09/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $7,182.67 |
| 02/09/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $490.44 |
| 02/09/2024 | Total Calculated Credits  (4 Items) | | | $25,636.74 |
| 02/08/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,807.50 | $228,515.83 |
| 02/08/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $3,905.34 | |
| 02/08/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,936.03 | |
| 02/08/2024 | TO ▬ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,252.26 | |
| 02/08/2024 | Total Calculated Debits  (4 Items) | | $13,901.13 | |
| 02/08/2024 | FROM ▬ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $1,308.31 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 02/08/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $14,643.69 | |
| 02/08/2024 | Total Calculated Credits  (2 Items) | | | $15,952.00 | |
| 02/07/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $3,331.30 | | $226,464.96 |
| 02/07/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $1,067.47 | | |
| 02/07/2024 | 9980002070603 52 | BOOK TRANSFER DEBIT  REF 0380603L FUNDS TRANSFER TO DEP 2560402 FROM | $1,500.00 | | |
| 02/07/2024 | 9980002070604 55 | BOOK TRANSFER DEBIT  REF 0380604L FUNDS TRANSFER TO DEP 2596938 FROM | $11,000.00 | | |
| 02/07/2024 | Total Calculated Debits  (4 Items) | | $16,898.77 | | |
| 02/07/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $4,557.05 | |
| 02/07/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $2,655.41 | |
| 02/07/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $9,519.35 | |
| 02/07/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $12,765.69 | |
| 02/07/2024 | Total Calculated Credits  (4 Items) | | | $29,497.50 | |
| 02/06/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $287.02 | | $213,866.23 |
| 02/06/2024 | 9980002060601 44 | BOOK TRANSFER DEBIT  REF 0370601L FUNDS TRANSFER TO DEP 2560402 FROM | $1,500.00 | | |
| 02/06/2024 | Total Calculated Debits  (2 Items) | | $1,787.02 | | |
| 02/06/2024 | 9980002060601 09 | BOOK TRANSFER CREDIT  REF 0370601L FUNDS TRANSFER FRMDEP 2567016 FROM | | $1,500.00 | |
| 02/06/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $9,414.11 | |
| 02/06/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $75,064.73 | |
| 02/06/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $12,874.16 | |
| 02/06/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $5,899.30 | |
| 02/06/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM   ACCOUNT | | $5,403.22 | |
| 02/06/2024 | Total Calculated Credits  (6 Items) | | | $110,155.52 | |
| 02/05/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $541.77 | | $105,497.73 |
| 02/05/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $20,071.25 | | |
| 02/05/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,168.43 | | |

| Date | Reference | Description | Amount | Amount | Balance |
|---|---|---|---|---|---|
| 02/05/2024 | 0210000209583 19 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL    EZP REBILL    240205 | $25.00 | | |
| 02/05/2024 | 0910000173155 71 | PREAUTHORIZED ACH DEBIT  M&M PROVIDER    PURCHASE    240205 BONAMOUR HEALTH | $600.00 | | |
| 02/05/2024 | Total Calculated Debits  (5 Items) | | $25,406.45 | | |
| 02/05/2024 | 9980002050545 36 | BOOK TRANSFER CREDIT  REF 0360545L FUNDS TRANSFER FRMDEP 2596938 FROM | | $11,000.00 | |
| 02/05/2024 | 9980002050544 53 | BOOK TRANSFER CREDIT  REF 0360544L FUNDS TRANSFER FRMDEP 2603926 FROM | | $3,000.00 | |
| 02/05/2024 | 9980002050544 13 | BOOK TRANSFER CREDIT  REF 0360544L FUNDS TRANSFER FRMDEP 2560402 FROM | | $3,000.00 | |
| 02/05/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $78.00 | |
| 02/05/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $19,642.75 | |
| 02/05/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $28,770.44 | |
| 02/05/2024 | Total Calculated Credits  (6 Items) | | | $65,491.19 | |
| 02/02/2024 | TO ▮▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | $2,872.56 | | $65,412.99 |
| 02/02/2024 | 0210000243348 28 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL    EZP REBILL    240202 | $25.00 | | |
| 02/02/2024 | 0210000200483 11 | PREAUTHORIZED ACH DEBIT  O & R UTILITIES   ORU       240202 03647540008 | $100.03 | | |
| 02/02/2024 | 0202403302567 00 | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI | $2,000.00 | | |
| 02/02/2024 | Total Calculated Debits  (4 Items) | | $4,997.59 | | |
| 02/02/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $394.85 | |
| 02/02/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $201.00 | |
| 02/02/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $915.04 | |
| 02/02/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $13,765.62 | |
| 02/02/2024 | FROM ▮▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | | $4,866.30 | |
| 02/02/2024 | Total Calculated Credits  (5 Items) | | | $20,142.81 | |
| 02/01/2024 | TO ▮▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | $6,643.28 | | $50,267.77 |
| 02/01/2024 | TO ▮▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | $12,274.42 | | |
| 02/01/2024 | TO ▮▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | $16,847.93 | | |
| 02/01/2024 | TO ▮▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ▮▮▮▮ | $546.17 | | |

| Date | Number | Description | Amount | | |
|------|--------|-------------|--------|--|--|
| 02/01/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $10,888.86 | | |
| 02/01/2024 | 001629170000032 | PREAUTHORIZED ACH DEBIT  BONAMOUR HEALTH   AHARON GRE     240201 | $3,750.00 | | |
| 02/01/2024 | 021000026085734 | PREAUTHORIZED ACH DEBIT  WASTE WANTED SOL  ACH Debit     Nov Inv for Beaver, Jefferson, Mulberry R idgeview and Scottsdale (+ fees | $8,287.11 | | |
| 02/01/2024 | 020240321008900 | OUTGOING WIRE TRANSFER  BNF ADVANTAGE EQUITIES LLC OBI FEB 2024 | $3,500.00 | | |
| 02/01/2024 | Total Calculated Debits  (8 Items) | | $62,737.77 | | |
| 02/01/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $10,540.07 | |
| 02/01/2024 | Total Calculated Credits  (1 Item) | | | $10,540.07 | |
| 01/31/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,043.13 | | $102,465.47 |
| 01/31/2024 | 021000021684227 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL    EZP REBILL     240131 | $25.00 | | |
| 01/31/2024 | 020240310478700 | OUTGOING WIRE TRANSFER  BNF PAUL OMROD OBI FOR BONAMOUR ACCOUNTS | $10,500.00 | | |
| 01/31/2024 | 020240310478800 | OUTGOING WIRE TRANSFER  BNF CAPOZZI ADLER, P.C. OBI | $50,000.00 | | |
| 01/31/2024 | 998000131105720 | BOOK TRANSFER DEBIT  REF 0311057L FUNDS TRANSFER TO DEP 2625288 FROM | $113,000.00 | | |
| 01/31/2024 | Total Calculated Debits  (5 Items) | | $175,568.13 | | |
| 01/31/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $11,840.10 | |
| 01/31/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $52,935.84 | |
| 01/31/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $49,441.25 | |
| 01/31/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $76,610.14 | |
| 01/31/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $19,839.27 | |
| 01/31/2024 | Total Calculated Credits  (5 Items) | | | $210,666.60 | |
| 01/30/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,829.63 | | $67,367.00 |
| 01/30/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $46,672.74 | | |
| 01/30/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,713.21 | | |
| 01/30/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $31,420.57 | | |
| 01/30/2024 | 121140397466107 | PREAUTHORIZED ACH DEBIT  QuickFee-Rifkin  RifkinandC     240130 795860192 | $1,950.00 | | |
| 01/30/2024 | 020240300254600 | OUTGOING WIRE TRANSFER  BNF BENJAMIN RUGGLES OBI FOR CMA | $3,913.51 | | |
| 01/30/2024 | Total Calculated Debits  (6 Items) | | $93,499.66 | | |

| 01/30/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $53,208.44 | |
| 01/30/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  ▮▮ DEPOSIT SYSTEM  ACCOUNT | | $16,798.24 | |
| 01/30/2024 | Total Calculated Credits  (2 Items) | | | $70,006.68 | |
| 01/29/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $3,351.20 | | $90,859.98 |
| 01/29/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $722.75 | | |
| 01/29/2024 | 104000019420793 | PREAUTHORIZED ACH DEBIT  SIP VOICE SIPVOICE      240129 | $119.70 | | |
| 01/29/2024 | 001239430000116 | PREAUTHORIZED ACH DEBIT  BONAMOUR HEALTH  INTACCT      240129 | $1,433.25 | | |
| 01/29/2024 | 111000020918058 | PREAUTHORIZED ACH DEBIT  Pax8 Inc Pax8 Inc      240129      ST-B2H5A0V0U8U1 | $10,655.49 | | |
| 01/29/2024 | Total Calculated Debits  (5 Items) | | | $16,282.39 | |
| 01/29/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $18,986.17 | |
| 01/29/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $3,698.15 | |
| 01/29/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $615.97 | |
| 01/29/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $83,867.08 | |
| 01/29/2024 | Total Calculated Credits  (4 Items) | | | $107,167.37 | |
| 01/26/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $45,699.76 | | -$25.00 |
| 01/26/2024 | 021000023687114 | PREAUTHORIZED ACH DEBIT  E-ZPASS REBILL  EZP REBILL      240126 | $25.00 | | |
| 01/26/2024 | 0000000000  00000000000 | PREAUTHORIZED ACH DEBIT  796, 012524025,941,,POINTCLICKCARE T  ACH PAYMT      240125      ACH1284 | $15,707.56 | | |
| 01/26/2024 | Total Calculated Debits  (3 Items) | | | $61,432.32 | |
| 01/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $6,040.54 | |
| 01/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $3,312.27 | |
| 01/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $20,643.18 | |
| 01/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $14,896.06 | |
| 01/26/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM  DEPOSIT SYSTEM  ACCOUNT | | $807.71 | |
| 01/26/2024 | Total Calculated Credits  (5 Items) | | | $45,699.76 | |
| 01/25/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM  ACCOUNT | $82,508.43 | | $15,707.56 |

| 01/25/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ███████ | $124,129.83 | |
| 01/25/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ███████ | $80,992.46 | |
| 01/25/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ███████ | $2,607.83 | |
| 01/25/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ███████ | $78,081.05 | |
| 01/25/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT ███████ | $1,500.00 | |
| 01/25/2024 | 0202402503205 00 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR SCOTTDALE | $138.93 | |
| 01/25/2024 | 0202402503206 00 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR BEAVER | $573.20 | |
| **01/24/2024** | **Total Calculated Debits  (8 Items)** | | **$370,531.73** | |
| 01/24/2024 | 0810000304864 59 | PREAUTHORIZED ACH DEBIT CONTINENTAL EXC  DD51269      240123 XEMT0440267673 | $1,440.00 | $386,239.29 |
| 01/24/2024 | 9980001240559 22 | BOOK TRANSFER DEBIT  REF 0240559L FUNDS TRANSFER TO DEP 2567016 FROM | $1,000.00 | |
| 01/24/2024 | 0202402404320 00 | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI FOR BEAVER | $2,000.00 | |
| 01/24/2024 | 0202402404866 00 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR BEAVER | $11,872.80 | |
| 01/24/2024 | 0202402404867 00 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR BEAVER | $54,084.01 | |
| 01/24/2024 | 0202402404868 00 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR SCOTTDALE | $55,682.72 | |
| **01/24/2024** | **Total Calculated Debits  (6 Items)** | | **$126,079.53** | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $52,101.50 | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $7,334.99 | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $140,305.23 | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $141,045.68 | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $84,064.25 | |
| 01/24/2024 | FROM ███████ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT ███████ | $31,845.62 | |
| **01/24/2024** | **Total Calculated Credits  (6 Items)** | | **$456,697.27** | |
| 01/23/2024 | TO ███████ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $899.15 | $55,621.55 |
| 01/23/2024 | 0210000285610 59 | PREAUTHORIZED ACH DEBIT  OPTIMUM 7873     CABLE PMNT     240123 | $110.83 | |
| 01/23/2024 | 9980001230610 21 | BOOK TRANSFER DEBIT  REF 0230610L FUNDS TRANSFER TO DEP 2560402 FROM | $1,100.00 | |
| **01/23/2024** | **Total Calculated Debits  (3 Items)** | | **$2,109.98** | |

| Date | Ref | Description | Amount | Amount |
|---|---|---|---|---|
| 01/23/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $11,371.36 |
| 01/23/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $13,062.96 |
| 01/23/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $445.30 |
| 01/23/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $1,451.47 |
| 01/23/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $5,148.00 |
| 01/23/2024 | **Total Calculated Credits  (5 Items)** | | | **$31,479.09** |
| 01/22/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $3,071.88 | $26,252.44 |
| 01/22/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $10,529.32 | |
| 01/22/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $4,339.58 | |
| 01/22/2024 | **Total Calculated Debits  (3 Items)** | | **$17,940.78** | |
| 01/22/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $31,891.80 |
| 01/22/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $5,232.57 |
| 01/22/2024 | FROM ▓▓▓ | AUTO TRANSFER CREDIT  TRANSFER FROM ▓▓ DEPOSIT SYSTEM  ACCOUNT | | $1,018.93 |
| 01/22/2024 | **Total Calculated Credits  (3 Items)** | | | **$38,143.30** |
| 01/19/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $4,401.07 | $6,049.92 |
| 01/19/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $4,637.00 | |
| 01/19/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $3,138.77 | |
| 01/19/2024 | TO ▓▓▓ | AUTO TRANSFER DEBIT  TRANSFER TO ▓▓ DEPOSIT SYSTEM  ACCOUNT | $3,069.21 | |
| 01/19/2024 | 99800011905320 8 | BOOK TRANSFER DEBIT  REF 0190532L FUNDS TRANSFER TO DEP 2596938 FROM | $1,300.00 | |
| 01/19/2024 | 020240190567800 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR LAKEVIEW | $3,613.90 | |
| 01/19/2024 | 020240190567700 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR BEAVER | $54,084.01 | |
| 01/19/2024 | 020240190568100 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR SCOTTDALE | $55,682.72 | |
| 01/19/2024 | 020240190567900 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR LAKEVIEW | $81,177.39 | |
| 01/19/2024 | 020240190568000 | OUTGOING WIRE TRANSFER  BNF VIVENTIUM OBI FOR MULBERRY | $94,083.79 | |
| 01/19/2024 | **Total Calculated Debits  (10 Items)** | | **$305,187.86** | |

| Date | Reference | Description | | | |
|---|---|---|---|---|---|
| 01/19/2024 | 9980001191227 08 | BOOK TRANSFER CREDIT  REF 0191227L FUNDS TRANSFER FRMDEP 2516853 FROM | | $1,521.00 | |
| 01/19/2024 | 9980001191226 33 | BOOK TRANSFER CREDIT  REF 0191226L FUNDS TRANSFER FRMDEP 2549638 FROM | | $4,117.00 | |
| 01/19/2024 | 9980001191226 03 | BOOK TRANSFER CREDIT  REF 0191226L FUNDS TRANSFER FRMDEP 2603926 FROM | | $1,283.00 | |
| 01/19/2024 | 9980001191225 34 | BOOK TRANSFER CREDIT  REF 0191225L FUNDS TRANSFER FRMDEP 2560402 FROM | | $1,099.00 | |
| 01/19/2024 | FROM 0002566400 | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT 0002566400 | | $125,175.68 | |
| 01/19/2024 | FROM 0002519119 | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT 0002519119 | | $118,660.38 | |
| 01/19/2024 | Total Calculated Credits  (6 Items) | | | $251,856.06 | |
| 01/18/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $7,251.01 | | $59,381.72 |
| 01/18/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $227.50 | | |
| 01/18/2024 | 0311011152273 45 | PREAUTHORIZED ACH DEBIT  MFSUSA LEASE PAY  BILL PAY        240118 | $1,193.51 | | |
| 01/18/2024 | 9980001180819 42 | BOOK TRANSFER DEBIT  REF 0180819L FUNDS TRANSFER TO DEP 2529203 FROM | $170.00 | | |
| 01/18/2024 | 0202401804449 00 | OUTGOING WIRE TRANSFER  BNF SCHNEIDERS DAIRY OBI | $4,000.00 | | |
| 01/18/2024 | Total Calculated Debits  (5 Items) | | $12,842.02 | | |
| 01/18/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $41,464.69 | |
| 01/18/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $14,922.54 | |
| 01/18/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $1,294.31 | |
| 01/18/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $12,979.20 | |
| 01/18/2024 | Total Calculated Credits  (4 Items) | | | $70,660.74 | |
| 01/17/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $6,451.34 | | $1,563.00 |
| 01/17/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $10,825.63 | | |
| 01/17/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $745.95 | | |
| 01/17/2024 | TO ▮▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,710.99 | | |
| 01/17/2024 | 0000000000000 00 | ACCOUNT ANALYSIS FEE  ANALYSIS ACTIVITY              FOR 12/23 | $786.53 | | |
| 01/17/2024 | Total Calculated Debits  (5 Items) | | $21,520.44 | | |
| 01/17/2024 | FROM ▮▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM   DEPOSIT SYSTEM   ACCOUNT | | $11,508.03 | |

| 01/17/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $6,436.41 | |
| 01/17/2024 | Total Calculated Credits  (2 Items) | | | $17,944.44 | |
| 01/16/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $80,478.35 | | $5,139.00 |
| 01/16/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $152,079.30 | | |
| 01/16/2024 | 0420000167068 63 | PREAUTHORIZED ACH DEBIT CARDMEMBER SERV  WEB PYMT 240116 | $307.00 | | |
| 01/16/2024 | 0910000170838 64 | PREAUTHORIZED ACH DEBIT  Pax8 Inc Pax8 Inc       240116       ST-D7Y2G1J0V1C6 | $5,238.82 | | |
| 01/16/2024 | Total Calculated Debits  (4 Items) | | $238,103.47 | | |
| 01/16/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $2,016.08 | |
| 01/16/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $168,527.55 | |
| 01/16/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $5,047.29 | |
| 01/16/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $1,676.90 | |
| 01/16/2024 | Total Calculated Credits  (4 Items) | | | $177,267.82 | |
| 01/12/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $9,555.38 | | $65,974.65 |
| 01/12/2024 | Total Calculated Debits  (1 Item) | | $9,555.38 | | |
| 01/12/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $145.50 | |
| 01/12/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $4,259.29 | |
| 01/12/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $40,194.83 | |
| 01/12/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $2,691.41 | |
| 01/12/2024 | Total Calculated Credits  (4 Items) | | | $47,291.03 | |
| 01/11/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $4,000.00 | | $28,239.00 |
| 01/11/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $158,768.62 | | |
| 01/11/2024 | TO ▮▮▮ | AUTO TRANSFER DEBIT  TRANSFER TO DEPOSIT SYSTEM   ACCOUNT | $2,000.00 | | |
| 01/11/2024 | Total Calculated Debits  (3 Items) | | $164,768.62 | | |
| 01/11/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $30,102.30 | |
| 01/11/2024 | FROM ▮▮▮ | AUTO TRANSFER CREDIT  TRANSFER FROM ▮▮ DEPOSIT SYSTEM   ACCOUNT | | $12,307.80 | |

| 01/11/2024 | FROM ████████ | AUTO TRANSFER CREDIT  TRANSFER FROM    DEPOSIT SYSTEM  ACCOUNT ████████ | | $90,697.87 |
| 01/11/2024 | Total Calculated Credits  (3 Items) | | | $133,107.97 |
| 04/11/2024 | Totals | | $7,455,267.61 | $8,480,396.41 |

**Bonamour Health Group, LLC**
**Case No. 24-20865**
**Statement of Financial Affairs**
**Schedule 4.1**

**The enclosed transfers consisted of transfers made on behalf of entities wholly owned by Debtor:**

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| Yeshaya Zidele | 4/21/2023 | Expense Reimbursement - Opco | 19,635.01 |
| Yeshaya Zidele | 4/27/2023 | Expense Reimbursement - Opco | 16,807.05 |
| Yeshaya Zidele | 5/4/2023 | Expense Reimbursement - Opco | 15,000.00 |
| Yeshaya Zidele | 5/5/2023 | Expense Reimbursement - Opco | 4,059.90 |
| Yeshaya Zidele | 5/11/2023 | Expense Reimbursement - Opco | 30,927.36 |
| Yeshaya Zidele | 5/17/2023 | Expense Reimbursement - Opco | 6,135.32 |
| Yeshaya Zidele | 6/2/2023 | Expense Reimbursement - Opco | 18,907.83 |
| Yeshaya Zidele | 6/6/2023 | Expense Reimbursement - Opco | 12,212.95 |
| Yeshaya Zidele | 6/14/2023 | Expense Reimbursement - Opco | 1,297.50 |
| Yeshaya Zidele | 7/3/2023 | Expense Reimbursement - Opco | 9,000.00 |
| Yeshaya Zidele | 7/10/2023 | Expense Reimbursement - Opco | 8,500.00 |
| Yeshaya Zidele | 7/10/2023 | Expense Reimbursement - Opco | 7,300.00 |
| Yeshaya Zidele | 7/24/2023 | Expense Reimbursement - Opco | 850.00 |
| Yeshaya Zidele | 8/4/2023 | Expense Reimbursement - Opco | 3,750.00 |
| Yeshaya Zidele | 8/17/2023 | Expense Reimbursement - Opco | 10,000.00 |
| Yeshaya Zidele | 9/5/2023 | Expense Reimbursement - Opco | 3,500.00 |
| Yeshaya Zidele | 9/6/2023 | Expense Reimbursement - Opco | 250.00 |
| Yeshaya Zidele | 9/15/2023 | Expense Reimbursement - Opco | 3,500.00 |
| Yeshaya Zidele | 9/15/2023 | Expense Reimbursement - Opco | 8,000.00 |
| Yeshaya Zidele | 10/6/2023 | Expense Reimbursement - Opco | 15,913.00 |
| Yeshaya Zidele | 6/13/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 6/26/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 7/6/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 7/13/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 7/20/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 7/31/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 8/4/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 8/11/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 8/24/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 8/25/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 9/1/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 9/8/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 9/15/2023 | Compensation | 5,000.00 |
| Yeshaya Zidele | 9/22/2023 | Compensation | 5,000.00 |

| | | | |
|---|---|---|---|
| Yeshaya Zidele | 10/3/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 5/26/2023 | Expense Reimbursement - Opco | 2,350.01 |
| Mordecai (Michael) Zidele | 6/1/2023 | Expense Reimbursement - Opco | 6,733.97 |
| Mordecai (Michael) Zidele | 6/14/2023 | Expense Reimbursement - Opco | 5,559.18 |
| Mordecai (Michael) Zidele | 6/23/2023 | Expense Reimbursement - Opco | 5,559.18 |
| Mordecai (Michael) Zidele | 7/5/2023 | Expense Reimbursement - Opco | 1,212.53 |
| Mordecai (Michael) Zidele | 7/5/2023 | Expense Reimbursement - Opco | 1,212.53 |
| Mordecai (Michael) Zidele | 7/20/2023 | Expense Reimbursement - Opco | 2,000.00 |
| Mordecai (Michael) Zidele | 7/21/2023 | Expense Reimbursement - Opco | 981.51 |
| Mordecai (Michael) Zidele | 7/26/2023 | Expense Reimbursement - Opco | 9,268.38 |
| Mordecai (Michael) Zidele | 7/28/2023 | Expense Reimbursement - Opco | 11,758.53 |
| Mordecai (Michael) Zidele | 8/3/2023 | Expense Reimbursement - Opco | 13,149.89 |
| Mordecai (Michael) Zidele | 8/10/2023 | Expense Reimbursement - Opco | 26,606.52 |
| Mordecai (Michael) Zidele | 8/24/2023 | Expense Reimbursement - Opco | 23,848.29 |
| Mordecai (Michael) Zidele | 8/31/2023 | Expense Reimbursement - Opco | 7,000.00 |
| Mordecai (Michael) Zidele | 8/31/2023 | Expense Reimbursement - Opco | 21,971.91 |
| Mordecai (Michael) Zidele | 9/6/2023 | Expense Reimbursement - Opco | 24,988.21 |
| Mordecai (Michael) Zidele | 9/7/2023 | Expense Reimbursement - Opco | 1,377.31 |
| Mordecai (Michael) Zidele | 9/15/2023 | Expense Reimbursement - Opco | 5,198.00 |
| Mordecai (Michael) Zidele | 9/21/2023 | Expense Reimbursement - Opco | 535.31 |
| Mordecai (Michael) Zidele | 10/2/2023 | Expense Reimbursement - Opco | 94,159.02 |
| Mordecai (Michael) Zidele | 10/4/2023 | Expense Reimbursement - Opco | 1,016.53 |
| Mordecai (Michael) Zidele | 10/6/2023 | Expense Reimbursement - Opco | 1,618.83 |
| Mordecai (Michael) Zidele | 6/13/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 6/26/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 7/6/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 7/13/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 7/20/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 7/31/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 8/4/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 8/11/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 8/24/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 8/25/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 9/1/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 9/8/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 9/15/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 9/22/2023 | Compensation | 5,000.00 |
| Mordecai (Michael) Zidele | 10/3/2023 | Compensation | 5,000.00 |

**Bonamour Health Group, LLC**
**Case No. 24-20865**
**Statement of Financial Affairs**
**Schedule 8.1**

**A receiver was appointed in Case No. 3:24-cv-00052 in the Western District of Pennsylvania concerning the following entities to which the Debtor is the sole member (Order attached).**

1. Jefferson Hills Acquisition LLC (100% Membership Interest)
2. Beaver Healthcare Real Estate LLC (100% Membership Interest)
3. Mulberry Healthcare Real Estate LLC (100% Membership Interest)
4. Ridgeview Healthcare Real Estate LLC (100% Membership Interest)
5. Lakeview Healthcare Real Estate LLC (100% Membership Interest)
6. Scottdale Healthcare Real Estate LLC (100% Membership Interest)
7. Jefferson Hills Operating LLC (100% Membership Interest)
8. Beaver Healthcare Operating LLC (100% Membership Interest)
9. Mulberry Healthcare Operating LLC (100% Membership Interest)
10. Ridgeview Healthcare Operating (100% Membership Interest)
11. Lakeview Healthcare Operating (100% Membership Interest)
12. Scottdale Healthcare Operating (100% Membership Interest)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REVERE TACTICAL OPPORTUNITIES REIT, LLC, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| JEFFERSON HILLS ACQUISITION LLC, | § | |
| BEAVER HEALTHCARE REAL | § | |
| ESTATE, LLC, MULBERRY | § | |
| HEALTHCARE REAL ESTATE, LLC, | § | |
| RIDGEVIEW HEALTHCARE REAL | § | CASE NO. 3:24-cv-52 |
| ESTATE, LLC, LAKEVIEW | § | |
| HEALTHCARE REAL ESTATE, LLC, | § | |
| SCOTTDALE HEALTHCARE REAL | § | |
| ESTATE, LLC, JEFFERSON HILLS | § | |
| OPERATING LLC, BEAVER | § | |
| HEALTHCARE OPERATING, LLC, | § | |
| MULBERRY HEALTHCARE | § | |
| OPERATING, LLC, RIDGEVIEW | § | |
| HEALTHCARE OPERATING, LLC, | § | |
| LAKEVIEW HEALTHCARE | § | |
| OPERATING LLC, and SCOTTDALE | § | |
| HEALTHCARE OPERATING, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING EMERGENCY APPLICATION
## TO APPOINT TEMPORARY RECEIVER

Before the Court is Plaintiff Revere Tacitical Opportunities REIT, LLC's ("Plaintiff")

Emergency Application for Appointment of Receiver (the "Application") over assets, accounts,

and operations of Defendants Jefferson Hills Acquisition LLC, Beaver Healthcare Real Estate, LLC,

Mulberry Healthcare Real Estate, LLC, Ridgeview Healthcare Real Estate, LLC, Lakeview

Healthcare Real Estate, LLC, Scottdale Healthcare Real Estate, LLC (collectively, "Property

Owners"), Jefferson Hills Operating LLC, Beaver Healthcare Operating, LLC, Mulberry Healthcare

Operating, LLC, Ridgeview Healthcare Operating, LLC, Lakeview Healthcare Operating LLC, and

Scottdale Healthcare Operating, LLC (collectively, "Operators" and together with Property Owners, "Defendants").

Having reviewed the Application, the exhibits and verification attached thereto, and any arguments of counsel, the Court is of the opinion that the Application should be and hereby is GRANTED. Accordingly, it is ORDERED as follows:

1.  Michael F. Flanagan is hereby appointed receiver ("Receiver") of the following "Receivership Assets:"

   a.  The 83-bed skilled nursing and continuing care retirement community facility known as "Jefferson Hills Healthcare and Rehabilitation Center," located in the City of Clairton, County of Allegheny, Commonwealth of Pennsylvania (the "Jefferson Project");

   b.  The 67-bed skilled nursing facility known as "Beaver Healthcare and Rehabilitation Center," located in the City of Aliquippa, County of Beaver, Commonwealth of Pennsylvania (the "Beaver Project");

   c.  The 75-bed skilled nursing and continuing care retirement community facility known as "Mulberry Healthcare and Rehabilitation Center," located in the City of Punxsutawney, County of Jefferson, Commonwealth of Pennsylvania (the "Mulberry Project");

   d.  The 131-bed skilled nursing and continuing care retirement community facility known as "Ridgeview Healthcare and Rehabilitation Center," located in the City of Curwensville, County of Clearfield, Commonwealth of Pennsylvania (the "Ridgeview Project");

   e.  The 34-bed skilled nursing and 28-bed personal care facility known as "Lakeview Healthcare Rehab and Lakeview Senior Care," located in the City of Smethport, County of McKean, Commonwealth of Pennsylvania (the "Lakeview Project"); and

   f.  The 35-bed skilled nursing facility known as "Scottdale Healthcare & Rehabilitation Center," located in the City of Scottdale, County of Westmoreland, Commonwealth of Pennsylvania (the "Scottdale Project," and together with the Jefferson Project, Beaver Project, Mulberry Project, Ridgeview Project, and Lakeview Project, the "Projects").

2.  Receiver shall take immediate possession and full control of the Receivership Assets and shall take such other actions as Receiver deems reasonable and appropriate to effectuate

and fulfill the purposes and mandates of this Order, to prevent waste, and to preserve, manage, secure, ensure timely and prompt payment of debt service to Plaintiff, and safeguard the Receivership Assets in accordance with the powers granted herein.

3.    The Receivership Assets remain subject to Plaintiff's liens to the full extent of the amounts due and the appointment of Receiver in no way shall impair Plaintiff's rights or be deemed a waiver of Plaintiff's secured position.

4.    Receiver shall have and may exercise the following powers, and such additional powers that are provided by law and that the Court may from time to time direct or confer:

a.    take and maintain possession of all documents, books, records, papers, and

b.    deposit accounts relating to the Receivership Assets;

c.    change any locks, passcodes or passwords to the Receivership Assets, as appropriate and exclude Defendants and their respective agents, servants, and employees wholly from the Receivership Assets;

d.    execute and deliver, in the name of Defendants or in Receiver's own name, such documents and instruments as are necessary or appropriate to consummate transactions authorized hereunder;

e.    manage, operate, preserve and maintain the Receivership Assets as a prudent person would, including, without limitation, the power to enter into, terminate or negotiate contracts and make repairs or alterations to the Receivership Assets that Receiver in its business judgment reasonably believes necessary for the management, operation, preservation and maintenance of the Receivership Assets and to maximize their value;

f.    enter into leases, whether of real or personal property, or tenancy agreements, under such terms and conditions as Receiver may deem appropriate or desirable to preserve the Receivership Assets and to maximize their value;

g.    retain, hire, or discharge a manager for the Projects and employ such consultants, managers, brokers, marketing agents, or other employees, agents, independent contractors, or professionals as Receiver may in its discretion deem appropriate or desirable to implement and effectuate the rights and powers herein granted;

h.    engage attorneys or other professionals, as appropriate, in order to advise and assist Receiver in carrying out its duties and appearing in court or other proceedings on its behalf;

i.    collect the rents, accounts receivable, insurance claim proceeds, real estate tax refunds, utility deposits, security deposits, proceeds, earnest money deposits and profits from the Receivership Assets, if any, from any time period whether historical, current or prospective, and receive any such assets presently in the possession of Defendants and/or their agents;

j.    repossess personal property, as provided by law, for breaches of the conditions of their leases or other agreements;

k.    sue for unpaid receivables, income, or proceeds in the name of Defendants;

l.    subject to Plaintiff's prior written consent, compromise or give acquittance for receivables, income, or proceeds that may become due;

m.    deal with issues and other matters with vendors, municipalities, and other governmental entities, as necessary;

n.    open any mail intended for and/or directed to Property Owners and/or Operators;

o.    hire, fire, select, and retain employees of Defendants as Receiver deems reasonable or necessary to preserve and maintain the value of the Receivership Assets, including as necessary or desirable to provide appropriate quality resident care;

p.    upon prior written consent of Plaintiff, enter into an agreement for the operation of the Projects;

q.    with respect to taxes: (i) use all tax identification numbers of Defendants and cause to be filed all federal, state, and local income tax returns of Defendants for the period through termination of this receivership; (ii) communicate with, negotiate with, enter into agreements on behalf of Defendants with and serve as nonexclusive representative of Defendants to all taxing authorities; provided, however, that Receiver shall use reasonable efforts to keep all managers of Defendants apprised of all communications with taxing authorities by notice delivered to the address for such managers provided by Defendants; (iii) use reasonable efforts to issue all tax related forms on behalf of Defendants, including, without limitation, Internal Revenue Service Forms W-2, 1099, and K-1; and (iv) to the extent funds are available and authorized pursuant to the procedures set forth in this Order, pay taxes which may have been or may be levied against the Receivership Assets or which are otherwise due and payable with respect to the Receivership Assets, provided, however, that Receiver is authorized to and may pay taxes which are or become due and payable which relate to

Receiver's custody, control or operation of the Receivership Assets for the period from the date of the entry of this Order through the date the receivership is terminated and for which personal liability could be imposed;

r.  take all actions necessary to maintain and/or transfer existing licenses, permits and authority from all relevant governmental agencies, managed care contracts, and third-party payor agreements, and to take all actions necessary to enroll or re-enroll the Projects in any and all available state and federal subsidy and reimbursement programs, including but not limited to Medicare and Medicaid;

s.  subject to the prior written consent of Plaintiff, conduct a marketing or leasing program with respect to all or a portion of the Receivership Assets, or employ a marketing or leasing agent or agents to do so, direct the leasing or sale of all or portions of the Receivership Assets under such terms and conditions as Plaintiff may in its sole discretion deem appropriate or desirable, provided, however, that Receiver shall seek court approval of any sale of the Receivership Assets outside the ordinary course of business;

t.  communicate and share information with prospective purchasers and provide Plaintiff with copies of such information;

u.  borrow monies from Plaintiff or use Plaintiff's cash collateral, both secured by a senior and paramount lien upon the Receivership Assets for the purposes of performing Receiver's obligations under this or other orders of this Court, and preserving or enhancing the value of the Receivership Assets, on terms and conditions agreed upon by Plaintiff;

v.  take possession or control of all existing bank accounts, cash and funds belonging to or for the benefit of Defendants in bank accounts associated with and/or used for the operation of the Receivership Assets (regardless from what time period), whether in the name of Defendants or their agents, and to open, transfer, and change all such bank accounts into the name of Receiver, if appropriate, or otherwise take such actions as necessary to ensure such bank accounts are under the control of Receiver and ensure Defendants do not have access to such accounts without consultation with Receiver, all in compliance with legal requirements;

w.  institute, defend, or compromise actions or proceedings in state or federal courts now pending and hereafter instituted, as may in Receiver's discretion be advisable or proper for the protection and administration of the Receivership Assets;

x.  retain, hire, or discharge on-site employees, if appropriate, provided, however, no such employee shall be deemed an employee of Plaintiff; and

y.     take all such further actions and enter into all such other agreements as Receiver in its professional discretion deems appropriate or desirable to preserve, protect and maximize the value of the Receivership Assets.

5.     Defendants shall have neither possession nor control of, nor any right to, the Receivership Assets or money or other proceeds derived from the Receivership Assets unless and until the receivership is terminated and the Receiver is discharged, except to continue in the management of the Receivership Assets as approved and authorized by the Receiver. Defendants shall in all respects comply with this Order and are hereby enjoined and restrained from impeding or interfering in any manner with the exercise by Receiver of its rights, powers, and duties hereunder.

6.     Neither Property Owners, Operators, nor any of their partners, representatives, officers, managers, directors, members, shareholders, affiliates, or agents (collectively, "Defendant Agents") shall enter into any lease, contract, or agreement of any kind or character relating to the Receivership Assets outside the ordinary course of their management duties approved by Receiver and shall not grant any lien upon or security interest in the Receivership Assets.

7.     Except as authorized by Receiver, neither Property Owners, Operators, nor any of Defendant Agents shall enter or be present at any of the Projects, communicate in any manner with the employees or residents of the Projects, or modify, terminate or cause to be modified or terminated any license, permit, lease, easement, contract or agreement, if any, relating to the Receivership Assets or Projects.

8.     Property Owners, Operators, and Defendant Agents are hereby enjoined and restrained from collecting, keeping, or distributing any revenues, receivables, proceeds, or other sums payable with respect to the Receivership Assets outside the ordinary course of their management duties authorized by Receiver. Should Property Owners, Operators, or any Defendant Agent come into possession of any such revenues, receivables, proceeds, or other sums subsequent

to the date of entry of this Order, Property Owners, Operators, and Defendant Agents shall promptly remit the same to Receiver in the form received.

9.     Neither Property Owners, Operators, Defendant Agents, nor anyone associated therewith or acting under Property Owners' or Operators' authority or control shall: (a) remove or destroy any Receivership Assets from the Projects whether constituting collateral of Plaintiff or otherwise; (b) make any disparaging statement to residents, employees, or third parties regarding Receiver or cause such persons or entities to resign, transfer to another property associated with Property Owners or Operators or refuse to deal with Receiver; or (c) otherwise interfere with Receiver in carrying out its duties under this order and applicable law.

10.     Until further order of this Court, all tenants, bailees, or other persons in possession of the Receivership Assets or any portion thereof shall turn over such Receivership Assets to Receiver, and until further order of this court (a) shall pay over to Receiver, or its duly designated agent, all rents, revenues, receivables, proceeds, or other sums payable with respect to the Receivership Assets which are now due and unpaid or hereafter become due; and (b) they are hereby enjoined and restrained from paying to Property Owners, Operators, or their agents, officers, directors, employees, or attorneys any such rents, receivables, revenues, proceeds, or other sums, except with the Receiver's consent.

11.     Within five (5) calendar days from the entry of this Order, and thereafter, forthwith upon request of Receiver (but no later than five (5) calendar days following such request), Property Owners, Operators, and their agents and employees shall provide to Receiver, make available to Receiver, or cause their manager or employees to deliver or make available to Receiver the following, to the extent such items and things exist:

      a.     all Receivership Assets and all funds generated by or from the Receivership Assets, whether such funds are held in a collateral related account or not,

ORDER APPOINTING RECEIVER          7

including but not limited to: (i) all cash on hand; (ii) all cash equivalents and negotiable instruments (such as checks, notes, drafts or other related documents or instruments); and (iii) all sums held in accounts in any financial institutions, including but not limited to (A) resident security deposits received by Property Owners and/or Operators, (B) deposits held in escrow by Property Owners and/or Operators for any purpose, such as for payment of real estate taxes and insurance premiums, (C) proceeds of insurance maintained for, or pertaining to, the Receivership Assets, (D) rent or prepaid rent, (E) funds designated or intended for capital improvements, repairs, or renovations to, or in connection with, the Receivership Assets, and (F) all other sums of any kind relating to the use, enjoyment, possession, improvement, or occupancy of all or any portion of the Receivership Assets;

b.     copies of any and all service contracts pertaining to the Receivership Assets and/or to which any Property Owner and/or Operator is a party;

c.     copies of any and all management contracts and/or agreements pertaining to the Receivership Assets and/or to which any Property Owner and/or Operator is a party;

d.     copies of any and all leases, lease abstracts, purchase agreements and the like pertaining to the Receivership Assets and/or to which any Property Owner and/or Operator is a party;

e.     resident and other tenant contact names, addresses, telephone numbers and email addresses;

f.     all open invoices for services or goods relating to the Receivership Assets and/or to which any Property Owner and/or Operator is a party;

g.     all records evidencing Property Owners' and Operators' accounts receivable, and any and all agreements, documented and undocumented, with any creditor, respecting any payment plan or agreement, demand, or suit;

h.     copies of existing 2020, 2021, 2022, and 2023 year-end, and 2024 year-to-date, in both full and summary format, financial statements (and month by month detail) for Defendants, in both hard copy and electronic formats; balance sheets, income statements, accounts receivable (and receivables/arrearages aging), operating statements, current year budgets, sources and uses of cash flows, detailed rent rolls, accounts payable, check registers, security deposit listings, trial balances, general ledgers, contractor statements, lien waivers, sworn owner statements, construction draws, bank reconciliations, and bank statements, including any passwords which may be associated with any financial documents or accounts;

i.     a complete set of keys (including all masters) and all security and/or access codes and/or cards to the Projects and a schedule (including full contact

information) identifying each person or entity (including security companies, municipal/governmental agencies and utility companies), who currently has one or more keys and/or access cards to the Projects or who has knowledge of any access codes thereto;

j.    any and all records and information Defendants or their agents, affiliates or employees may have concerning the Receivership Assets, including without limitation all written and/or electronic books, records, correspondence, and other information (including any computer hardware or software login and password information) related to: (i) any agreements to which Property Owners, Operators, and/or the Receivership Assets are or may be subject; (ii) any amounts received from the residents or other tenants of the Projects, including resident funds, including revenue by payor type for each of the prior two fiscal quarters; (iii) all liens or other encumbrances on the Receivership Assets or against Property Owners and/or Operators; (iv) taxes, assessments and related appeals; (v) insurance of all types Defendants (including, but not limited to, liability, property, excess liability, auto liability, boiler and machinery, business interruption, professional liability, employee dishonesty, builders risk, construction related insurance and worker's compensation) including information regarding insurance which may be issued to Property Owners and/or Operators; (vi) all invoices for services at the Projects; (viii) all resident and other tenant files, including leases, lease abstracts, purchase agreements, and sample leases; (ix) all marketing information (in hard copy and electronic format) including but not limited to brochures, photographs (including aerial), maps, and signage; (x) copies of all state and federal tax returns signed and filed by Defendants for calendar years 2022, 2021 and 2020; and (xi) all other records related to the Receivership Assets that are or may be necessary or pertinent to Receiver's management, maintenance, operation and/or sale of the Receivership Assets;

k.    any and all insurance loss histories and/or claims related to the Receivership Assets, Property Owners, and/or Operators;

l.    all property and all other things of value associated with use, operation, and maintenance of the Receivership Assets; and

m.    all correspondence with regulators and/or licensing entities regarding the Receivership Assets.

12.    By this Order, Receiver shall be deemed a business associate of Defendants pursuant to the Health Information Portability and Accountability Act and its implementing regulations.

13.     Defendants shall cause, and Receiver shall be authorized on Defendants' behalf to cause, Receiver and its agents to be named as an additional insured on any insurance policies covering the Receivership Assets. Subject to the prior written consent of Plaintiff, Receiver may obtain insurance covering the Receivership Assets if insurance already in place is deemed inadequate, and such insurance expense shall be deemed a normal, ordinary, and necessary operating expense of the Receivership Assets.

14.     Defendants shall at all times after the entry of this Order provide full cooperation to, and shall not in any way interfere with, Receiver in carrying out its duties hereunder, and shall timely respond to all reasonable requests made by Receiver. Defendants' obligations pursuant to this Order shall be continuing. Neither Property Owners, Operators, nor anyone associated therewith or acting under their authority or control shall in any way directly or indirectly impair the value of the Receivership Assets or interfere with Receiver in the exercise of its duties pursuant to this Order.

15.     Defendants' deposit accounts (collectively, the "Deposit Accounts") and current cash management system shall remain in place and Receiver shall deposit all proceeds of receivables, all other cash collections, and all other proceeds of Receivership Assets into Defendants' and/or the Projects' operating, payroll, or other accounts subject to account control agreements in favor of Plaintiff. Receiver is authorized to open and maintain appropriate business accounts for the Receivership Assets in institutions approved in writing by Plaintiff and subject to account control agreements in form and substance acceptable to Plaintiff. Receiver is authorized to utilize Defendants' cash management system in accordance with and subject to the terms of this Order. All deposit account agreements, blocked account agreements and similar bank account agreements that were in place prior to the entry of this Order shall remain in effect and are hereby

ORDER APPOINTING RECEIVER                                                                          10

ratified and reaffirmed. Receiver is authorized, and Defendants are directed, to take necessary or desirable actions to effectuate this arrangement. If Receiver obtains his own financing, Receiver is permitted to enter into an agreement, acceptable to Plaintiff for funding the operations of the Projects.

16.     Receiver shall pay, from the proceeds of the Receivership Assets, all such reasonable costs and expenses as shall be incurred by Receiver in the ordinary course of business in connection with the operation, maintenance, management, protection, and preservation of the Receivership Assets, including, without limitation, reasonable expenses required to put the Receivership Assets in a rentable and/or saleable market-ready condition or otherwise necessary to realize the value thereof. Neither Receiver nor Plaintiff shall be liable for any expenses incurred with regard to the Receivership Assets prior to Receiver taking possession of the Receivership Assets, nor shall Receiver or Plaintiff be required to use the Receivership Assets for payment of any expenses incurred with regard to the Receivership Assets prior to the date of this Order. Notwithstanding the foregoing, Receiver may, in Receiver's sole discretion, pay those expenses which were incurred in the normal and ordinary course of business of the Receivership Assets prior to Receiver taking possession of the Receivership Assets if, and only if, (a) Receiver determines that payment of any such pre-existing expense is necessary and critical to the ongoing operation, maintenance, management, protection, and preservation of the Receivership Assets; and (b) Receiver has received Plaintiff's prior written consent. Except as provided in, and in all events in accordance with the immediately preceding sentence, no pre-existing expenses shall be paid by Receiver. Receiver shall not be required to perform under any contract or lease entered into prior to the date on which he assumes possession of the Receivership Assets. Notwithstanding the foregoing, Receiver may, in Receiver's sole discretion, perform under such contracts or leases.

17.     Receiver shall perform its obligations hereunder and make disbursements in accordance with, and subject to, the terms of this Order and the Budgets of the Projects (as defined herein). Prior to Receiver and Plaintiff's agreement on the Initial Budget, Receiver shall submit disbursement requests to Plaintiff and disbursements may be made in Plaintiff's sole and absolute discretion. Within fourteen (14) calendar days of the entry of this Order, unless Receiver and Plaintiff agree otherwise, Receiver shall deliver to Plaintiff a cash flow forecast for Defendants for the upcoming 13-week period (commencing with the calendar week in which the cash flow forecast is delivered to Plaintiff), in form and detail acceptable to Plaintiff (the "Initial Budget"). On Thursday of each calendar week after delivery of the Initial Budget (or the next succeeding business day if Thursday is not a business day), Receiver shall regularly deliver a 13-week cash flow forecast (together with the Initial Budget, the "Budgets" and, individually, a "Budget") to Plaintiff. Each Budget shall (a) be prepared on a reasonable basis and in good faith and based upon assumptions believed by Receiver to be reasonable at the time made and upon the best information then reasonably available to Receiver, and (b) be subject to review and written approval by Plaintiff. To the extent a proposed Budget is not approved, Receiver may submit a revised Budget for Plaintiff's review and written approval, it being understood and agreed that Receiver may not make any disbursements and Plaintiff shall have no obligation to fund any disbursements pursuant to this Order, the Loan Agreement or otherwise, if a Budget has not been approved for the week in which such expenses are to be disbursed. Receiver shall not make disbursements in excess of those Budgeted Items (as defined below) listed in the Budget; provided that there shall be an allowed 15% negative variance to the cumulative aggregate amount of disbursements scheduled to be made during the period from the Initial Budget through and including the then-current calendar week (e.g., on a cumulative aggregate weekly Budgeted Item basis). Without limiting the foregoing,

notwithstanding any relief granted in any other order entered by the Court, Receiver shall not make any expenditures authorized by such orders unless, and to the extent that, such expenditures are encompassed and expressly included in this Order and the Budget. Receiver may submit disbursement requests to Plaintiff for items not covered by an Approved Budget, and such disbursements may be made in Plaintiff's sole and absolute discretion. However, nothing herein shall be construed to be limiting the discretion of Receiver with respect to his compliance with this Order.

18.    Defendants shall continue to comply with their reporting requirements under the Loan Documents (as that term is defined in Plaintiff's Original Complaint and Application) following entry of this Order. To the extent Property Owners and/or Operators fail to provide the reporting, Receiver, in consultation with Plaintiff, shall use his best efforts to timely provide the reporting required under the Loan Documents. Defendants are authorized and directed to provide all information as and when required by Receiver to fulfill reporting obligations.

19.    Receiver shall deliver to Plaintiff and its counsel (with a copy to Defendants) by 5:00 p.m. (Eastern time) on the first Wednesday of the calendar week after seven (7) days have passed after the approval of the first Budget, and on each Wednesday of each calendar week thereafter (in each case, for the immediately preceding calendar week) or at such time as otherwise agreed in writing by Plaintiff, in form and substance satisfactory to Plaintiff, a compliance report (the "Compliance Reports") documenting and detailing:  (a) all cash receipts of Defendants and their operations; (b) all payments and disbursements made by Receiver; (c) the updated weekly actual performance compared to the Budget on both an aggregate basis and a line item by line-item basis (each particular line-item set forth on the Budget being referred to herein as a "Budgeted Item"), stating all variances and providing a narrative discussion and analysis by Receiver with

respect to any and all negative variances; and (d) such other reports as Plaintiff may reasonably request from time to time.

20.    Receiver shall have no obligation to expend funds in excess of the receipts actually collected or received by Receiver. Plaintiff shall have no obligation to provide funds to Receiver. Receiver is authorized to borrow funds from Plaintiff or use Plaintiff's cash collateral, both at Plaintiff's sole discretion. Any funds borrowed from Plaintiff by Receiver shall be secured by a first, valid and perfected lien and security interest in the Receivership Assets senior to all other liens and security interests in the Receivership Assets, which lien shall be valid and perfected without the necessity of recordation, filing, or any other act of Plaintiff, and Receiver is authorized, but not required, to issue receivership certificate(s) to evidence and secure any such protective advances by Plaintiff. Receiver shall, from time to time as Receiver deems appropriate after forecasting potential needs, remit to Plaintiff any income generated by the operations of the Receivership Assets subject to Plaintiff's security interests and liens for application against the amounts which Defendants owe Plaintiff, in accordance with the terms of the Loan Documents. Loans from Plaintiff to Receiver not paid during the receivership, shall be paid as a first priority payment from the proceeds of the sale of the Receivership Assets and taxed as an administrative expense of the receivership.

21.    Except in instances of willful misconduct, the liability of Receiver and any person engaged by Receiver hereunder is and shall be limited to the Receivership Assets, and neither Receiver nor any person or entity engaged by Receiver hereunder shall be personally liable for any actions taken pursuant to this Order or carrying out Receiver's duties, excepting only claims which arise from the willful misconduct of such person as determined by a final order of this or another Court of competent jurisdiction. In carrying out Receiver's duties as set forth herein, Receiver is

entitled to act in the exercise of Receiver's own sound business judgment as Receiver deems appropriate within Receiver's sole discretion subject only to the terms of this Order and applicable law. Receiver shall not be liable for any action taken or not taken by Receiver in good faith and shall not be liable for any mistake of fact or error of judgment or for any acts or omissions of any kind unless caused by willful misconduct or gross negligence. Receiver and all of his employees and agents shall be immune, each as an officer of this Court, for any personal liability of any kind arising from, caused by or in any way connected with exercising any rights or performing any duties in his capacity as Receiver. Defendants, to the extent of the value of the Receivership Assets, shall indemnify, hold harmless, and defend Receiver from and against any and all liabilities, costs, and expenses including, but not limited to, the cost of any bond required by this Order and legal and other fees and expenses incurred by Receiver arising from or in any way connected to the performance of the Receiver's duties as Receiver.

22.    Defendants shall pay the costs, fees and expenses of Receiver in connection with the performance of his duties described in this Order, including the costs and expenses of those persons who may be engaged or employed by Receiver to assist him in carrying out his duties and obligations from the proceeds of the Receivership Assets. All applications for costs, fees and expenses for services rendered in connection with the receivership other than routine and necessary business expenses in conducting the receivership, such as salaries, rent and any and all other reasonable operating expenses, shall be made by application to the Court setting forth in reasonable detail the nature of the services, except however, that unless an objection is filed with the Court and served on Plaintiff's counsel and Receiver's counsel and Defendants within ten (10) days of filing the fee application, the application shall be deemed approved by all parties and this Court and Receiver is then authorized to pay such fees contained within the fee application. Receiver

shall be compensated a monthly fixed fee of $5,000.00 per month per Project, plus reimbursement for all reasonable and necessary out of pocket costs and expenses, plus a one percent (1%) sale disposition fee for any Project sold by Receiver during the receivership. Receiver's compensation shall be paid (a) in accordance with the Budget or as otherwise agreed upon in writing by Receiver and Plaintiff; (b) first from the Receivership Assets including all monies or other proceeds derived therefrom, and, next; (c) from secured advances, if any, that Plaintiff, in its sole discretion in accordance with this Order, make to Receiver to pay such fees and expenses, but only to the extent that the Receivership Assets are insufficient to pay Receiver's compensation.

23.     On or before twenty-one (21) days from entry of this Order, Receiver shall file, with a copy to Plaintiff and Defendants, an inventory (the "Inventory") of all the property and assets in Receiver's possession, or in the possession of others who hold possession as Receiver's agent, and in a separate schedule an inventory of the property and assets of the estate not reduced to possession by Receiver but claimed and held by others.

24.     Receiver shall make an initial report to this Court and to Plaintiff, with a copy to Defendants, on or before four (4) months from filing the Inventory regarding its initial findings. Receiver shall thereafter submit an updated status report on a quarterly basis or as otherwise ordered by the court. Copies of all such reports shall be served upon all parties appearing in this case by the court's electronic filing system.

25.     Receiver may investigate any matters he deems appropriate in connection with discovering additional information as it relates to the management or administration of the Receivership Assets, Property Owners, and/or Operators. In connection with any such investigation, Receiver is authorized to compel, including by subpoena, the appearance and testimony of all persons, including Defendants, and the production of the originals of any records

and materials, of any sort whatsoever, within the possession, custody or control of any person, though Receiver's authority under this paragraph shall not be construed to require the waiver by any person of any validly asserted privilege.

26.     Receiver may at any time request from the court that it be exonerated, discharged, and released from its appointment as Receiver. Receiver shall, during the pendency of this action, have the right to apply to this court for further instructions or directions.

27.     As of the date of this Order, all persons and entities, including but not limited to Defendants' creditors and their respective officers, agents, representatives, and all other persons or entities acting under or in concert with such creditors are hereby placed on notice that all Receivership Assets are in custodia legis, and, as such, under the protection of this Court, immune from attachment or other legal process, and subject entirely to control by Receiver as this Court's appointee. All persons are hereby enjoined from commencing or continuing to prosecute any action against the Receivership Assets outside of this action.

28.     No legal actions, administrative proceedings, self-help remedies, or any other acts or proceedings under any federal, state, or municipal statute, regulation or by-law shall be taken or continued against Receiver or the Receivership Assets, or any part thereof, without leave of this Court first having been obtained.

29.     No utility or other vendor may terminate service or the provision of goods to the Receivership Assets as a result of the non-payment of pre-receivership obligations. Each utility company or entity providing service to the Projects shall forthwith transfer any deposits which it holds for the benefit of Property Owners and/or Operators to the exclusive control of the Receiver and shall be prohibited from demanding that the Receiver deposit additional funds in advance to maintain or secure such service.

30.    No insurance company shall be permitted to terminate coverage or refuse coverage for the Receivership Assets based on prior unpaid premiums, claims history or because of the appointment of the Receiver pursuant to this Order. In addition, no insurance company shall be allowed to put in place more stringent payment arrangements during the term of the receivership pursuant to this Order.

31.    Defendants shall not cancel any existing insurance policies on the Receivership Assets prior to the expiration of their terms.

32.    The authority granted to Receiver herein is self-executing. Receiver is authorized to act in accordance with this Order on behalf of, and in Defendants' (or Receiver's) name, as Receiver deems appropriate without further order of this court and without personal recourse against Receiver (subject to any recourse described herein).

33.    This Order may be modified by order of the court after notice to Receiver, Defendants, and Plaintiff or if any party brings a request before the Court for any modification hereto, including without limitation for appointment of an alternate receiver.

34.    Nothing in this Order shall impair Plaintiff of its rights and remedies against any guarantor, indemnitors, or obligors of the Obligations at issue in this matter.

35.    The Court shall retain jurisdiction and supervision of all matters concerning Receiver, the receivership created hereby and the Receivership Assets. Any and all actions which affect Receiver or the Receivership Assets shall be brought in this Court. Receiver may seek instructions and additional authority from this court upon written notice to Plaintiff.

36.    Plaintiff does not anticipate the total monies recovered from the operation and sale of the Receivership Assets to exceed the sums due to Plaintiff. Thus, it does not appear there will be any proceeds for other creditors. Accordingly, Receiver shall not perform any claims

administration tasks. However, if it should appear to Receiver that he reasonably expects to collect more than the sums due to Plaintiff, Receiver shall provide prompt written notice to the Court and to the parties. In such a circumstance, the Court reserves the right to amend this Order to provide for claims administration.

37.     This Order shall be effective immediately upon its entry and for all purposes. Within two (2) days of the entry of this Order, Receiver shall serve a copy of this Order on Defendants and within twenty-one days, upon all known creditors of Defendants. Actual notice may be accomplished by delivery of a copy of this Order by hand, U.S. mail, courier service, facsimile, email, or any other reasonable means of delivery.

38.     The terms of this Order shall continue in full force and effect unless and until further order of this Court.

39.     **THIS IS A FINAL APPEALABLE ORDER AND THERE IS NO JUST REASON FOR DELAY.**

SO ORDERED this 7th day of March, 2024.

_____
HONORABLE JUDGE PRESIDING

**Bonamour Health Group, LLC**
**Case No. 24-20865**
**Statement of Financial Affairs**
**Schedule 26**

<u>**Schedule 26.a**</u>

- From 6/29/22 through 1/31/23, Summation Financial Services, located at 85 W Hawthorne Ave Valley Stream NY 11580 was contracted to do all the back-office functions for Debtor and entities wholly owned by Debtor.  As of 2/1/23 all back-office functions were performed by officer(s) of Debtor.  See also:

- Josh Itzkowitz (from 1/10/23 thru 7/1/23)
  6 Zukowski Drive
  Thiells, NY 10984

- Ilana Klein (from 3/13/23 thru 9/5/23)
  Address presently unknown

- David Rubin (from 7/5/23 thru 12/15/23)
  1475 Palisade Ave
  Teaneck NJ 07666

- Avi Gallis from (9/6/23 to the present)
  73 King St
  Hillside, NJ 07205

- John Deprince (from 12/20/23 thru 1/29/24)
  Address presently unknown

Creditor Matrix

N/A - None.

---

**Fill in this information to identify the case and this filing:**

Debtor Name ___Bonamour Health Group, LLC_____

United States Bankruptcy Court for the: ___Western District of Pennsylvania___

Case number (*If known*): _____24-20865_____

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* _____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___07/08/2024___      ✖ /s/ *Mordecai (Michael) Zidele*
　　　　　　　MM / DD / YYYY　　　　　　　Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　Mordecai (Michael) Zidele
　　　　　　　　　　　　　　　　　　Printed name
　　　　　　　　　　　　　　　　　　Chief Financial Officer
　　　　　　　　　　　　　　　　　　Position or relationship to debtor

---

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Bonamour Health Group, LLC

Case No.  24-20865

Chapter   7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is
true and correct to the best of their knowledge.

Date: _____07/08/2024_____

/s/ *Mordecai (Michael) Zidele*
_____
Signature of Individual signing on behalf of debtor

Mordecai (Michael) Zidele - Chief Financial Officer
_____
Position or relationship to debtor

**United States Bankruptcy Court**

IN RE:                                              Case No. 24-20865
                                                    _____
Bonamour Health Group, LLC
_____  Chapter  7
                                                    _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
| --- | --- | --- |
| Mordecai (Michael) Zidele<br>208 East Broadway #306<br>New York NY 10002 | 50% | Membership Interest |
| Yeshayahu Zidele<br>4 Woodfield Road<br>Pomona NY 10970 | 50% | Membership Interest |