IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 24-20865-CMB |
| | ) | |
| BONAMOUR HEALTH GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | DOCUMENT NO. 52 |
| | | |
| BRIAN P. CAVANAUGH, TRUSTEE | ) | |
| | ) | |
| MOVANT, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

### ORDER OF COURT

AND NOW, this __29th__ day of __August__, 2024, upon consideration of the Application to Appoint Counsel to the Chapter 7 Trustee filed at Doc. No. __52__ , it is **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Application is approved as of the date the Application was filed.

2. Brian P. Cavanaugh, Esquire and the law firm Turin, DeMatt & Cavanaugh, P.C. are hereby appointed as Counsel for the Chapter 7 Trustee in this bankruptcy proceeding for the reasons set forth in the Application.

3. Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well including: the time and labor reasonably required by the applicant to perform their services, the novelty and difficulty of the issues presented, the skill requisite to perform the service properly, the preclusion of other employment due to acceptance of this case, the customary fee for similar services, the time limitations imposed by the client or the circumstances encountered while performing the services, the experience, reputation and ability of the professional(s) involved, the undesirability of the case, the nature and length of the

professional relationship with the client, and awards in similar cases.

4.  Approval of any application for appointment of a professional in which certain fees are requested for various identified professionals is not an agreement by the Court to allow such fees at the requested hourly rates or compensation terms. Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

*5.  Applicant shall serve the within Order on all interested parties and filed a Certificate of Service.*

Prepared by Brian P. Cavanaugh.

Carlota M. Bohm          dmr
United States Bankruptcy Judge

cc:  Debtor
     Counsel
     Office of the U.S. Trustee

FILED
8/29/24 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20865-CMB
Bonamour Health Group, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Aug 29, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15804199 | + | Bonamour Health Group Health Plan, c/o Brandon Pfister, 1835 Market Street, 21st Floor, Philadelphia PA 19103-2968 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander J. Bell | on behalf of Creditor OptimumBank alexander.bell@blankrome.com  ARC@blankrome.com |
| Brian P. Cavanaugh | bcavanaugh@tdc-law.com  PA96@ecfcbis.com |
| Brian P. Cavanaugh | on behalf of Trustee Brian P. Cavanaugh bcavanaugh@tdc-law.com  PA96@ecfcbis.com |
| Eric D. Brill | on behalf of Creditor Citizens Security Life Insurance Company ericdbrill@gmail.com |
| Gregory W. Hauswirth | on behalf of Principal Operating Officer Yeshayahu Zidele ghauswirth@ch-legal.com dweyels@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |

| | |
|---|---|
| | on behalf of Debtor Bonamour Health Group LLC ghauswirth@ch-legal.com, dweyels@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |
| | on behalf of Interested Party Michael Zidele ghauswirth@ch-legal.com dweyels@ch-legal.com;cfaber@ch-legal.com |
| Joseph Schalk | |
| | on behalf of U.S. Trustee Office of the United States Trustee joseph.schalk@usdoj.gov |
| Louis A. DePaul, Jr. | |
| | on behalf of Creditor Citizens Security Life Insurance Company ldepaul@eckertseamans.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Bernstein | |
| | on behalf of Petitioning Creditor GLC On-The-Go Inc. rbernstein@bernsteinlaw.com, cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com |
| Ryan J Cooney | |
| | on behalf of Petitioning Creditor Herrmann Associates Inc. rcooney@cooneylawyers.com |
| William R. Firth, III | |
| | on behalf of Creditor Polaris Pharmacy Services of Pennsylvania LLC wfirth@pashmanstein.com |

TOTAL: 13