**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY NO. 24-20865-CMB |
| | ) | |
| BONAMOUR HEALTH GROUP, LLC, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | DOCUMENT NO. |
| | | |
| BRIAN P. CAVANAUGH, TRUSTEE | ) | |
| MOVANT, | ) | |
| vs. | ) | RELATED TO DOCUMENT NO. 53 |
| | ) | |
| BONAMOUR HEALTH GROUP, LLC, | ) | HEARING DATE AND TIME: |
| MICHAEL ZIDELE AND | ) | September 26, 2024 at 2:30 p.m. |
| YESHAYAHU ZIDELE, | ) | |
| RESPONDENTS | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING CHAPTER 7 TRUSTEE'S
MOTION TO COMPEL CORPORATE DESIGNEE TO TESTIFY AT RESCHEDULED
§341(a) MEETING OF CREDITORS**

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Chapter 7 Trustee's Motion to Compel Corporate Designee to Testify at Rescheduled §341(a) Meeting of Creditors filed on August 28, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 16, 2024.

  It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 9-18-24

              Respectfully submitted,

              Turin, DeMatt & Cavanaugh, P.C.

              /s/ *Brian P. Cavanaugh*
              Brian P. Cavanaugh
              Attorney for the Trustee
              PA ID No. 72691

              115 North Main Street
              Greensburg, PA 15601
              724-838-1500
              bcavanaugh@tdc-law.com