IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | BANKRUPTCY NO. 24-20865-CMB |
| ) | |
| BONAMOUR HEALTH GROUP, LLC, ) | CHAPTER 7 |
| ) | |
| DEBTOR. ) | DOCUMENT NO. 53 |
| ) | |
| vs. ) | |
| ) | |
| BONAMOUR HEALTH GROUP, LLC, ) | |
| MICHAEL ZIDELE AND ) | **ENTERED BY DEFAULT** |
| YESHAYAHU ZIDELE, ) | |
| RESPONDENT ) | |

## ORDER OF COURT

AND NOW, this 19th day of September, 2024, it is hereby ORDERED, ADJUDGED and DECREED that Yeshayahu Zidele, a/k/a Shaya Zidele is designated as Bonamour Health Group's representative to appear at and to testify at Bonamour Health Group, LLC's §341(a) Meeting of Creditors scheduled for September 27, 2024.

It is further ORDERED, ADJUDGED, and DECREED, that if Yeshayahu Zidele, a/k/a Shaya Zidele on September 27, 2024 fails to attend and to testify on Bonamour Health Group, LLC's behalf, Yeshayahu Zidele, a/k/a Shaya Zidele, shall suffer such sanctions as this Court deems appropriate.

BY THE COURT:

FILED
9/19/24 2:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Bohm    dmr
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20865-CMB |
| Bonamour Health Group, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 2
Date Rcvd: Sep 19, 2024    Form ID: pdf900    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Bonamour Health Group, LLC, 448 Old Clairton Road, Clairton, PA 15025-3034 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander J. Bell | on behalf of Creditor OptimumBank alexander.bell@blankrome.com  ARC@blankrome.com |
| Brian P. Cavanaugh | bcavanaugh@tdc-law.com  PA96@ecfcbis.com |
| Brian P. Cavanaugh | on behalf of Trustee Brian P. Cavanaugh bcavanaugh@tdc-law.com  PA96@ecfcbis.com |
| Eric D. Brill | on behalf of Creditor Citizens Security Life Insurance Company ericdbrill@gmail.com |
| Gregory W. Hauswirth | on behalf of Principal Operating Officer Yeshayahu Zidele ghauswirth@ch-legal.com dweyels@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |

District/off: 0315-2    User: auto    Page 2 of 2
Date Rcvd: Sep 19, 2024    Form ID: pdf900    Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Bonamour Health Group LLC ghauswirth@ch-legal.com, dweyels@ch-legal.com;cfaber@ch-legal.com |
| Gregory W. Hauswirth | |
| | on behalf of Interested Party Michael Zidele ghauswirth@ch-legal.com dweyels@ch-legal.com;cfaber@ch-legal.com |
| Joseph Schalk | |
| | on behalf of U.S. Trustee Office of the United States Trustee joseph.schalk@usdoj.gov |
| Louis A. DePaul, Jr. | |
| | on behalf of Creditor Citizens Security Life Insurance Company ldepaul@eckertseamans.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert S. Bernstein | |
| | on behalf of Petitioning Creditor GLC On-The-Go Inc. rbernstein@bernsteinlaw.com, cwirick@bernsteinlaw.com;rbernstein@ecf.courtdrive.com;cwirick@ecf.courtdrive.com |
| Ryan J Cooney | |
| | on behalf of Petitioning Creditor Herrmann Associates Inc. rcooney@cooneylawyers.com |
| William R. Firth, III | |
| | on behalf of Creditor Polaris Pharmacy Services of Pennsylvania LLC wfirth@pashmanstein.com |

TOTAL: 13